UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    v.                    CASE NO. 8:21-cr-00355-WFJ-CPT

GREGORY ALLEN WILLIAMSON,

    Defendant.
_____/

## MOTION FOR USE OF FORENSIC COMPUTER CONSULTANT

Defendant Gregory Allen Williamson ("Mr. Williamson"), by and through undersigned counsel, moves for an Order allowing funds to be allocated to hire a forensic computer consultant. The grounds for this motion are set forth below.

## BACKGROUND

1. Mr. Williamson was indicted on November 3, 2021, on eight counts related to child pornography. Doc. 1.

2. Mr. Williamson was originally represented by Mr. Percy King from the Federal Public Defender's Office. The Court granted Mr. King's motion to withdraw from the representation on January 31, 2022. Doc. 34.

3. Undersigned counsel was then appointed to represent Mr. Williamson pursuant to the Criminal Justice Act ("CJA"). Doc. 35.

4. This case involves issues of the transmittal of child pornography and the electronic devices on which the material was stored. In order to properly

review and analyze the material and the devices as to potential defenses, counsel requires the use of a forensic computer expert.

5. Counsel has contacted Richard Connor of ESI Consulting who is willing to assist in this matter. ESI Consulting frequently works with the Federal Public Defender's Office and CJA counsel in similar matters. He charges a rate of $150 per hour and estimates that his initial work in this matter will require at least 15 hours of work.

6. Therefore, counsel requests approval for up to $2,500 for the use of forensic computer consultant.

**MEMORANDUM**

The alleged offense child pornography and raises issues regarding the material and the electronic devices on which the material is stored. Undersigned counsel requires the use of a skilled forensic computer consultant to evaluate the data and assist in determining any potential defenses. The consultant may also be asked to testify at trial regarding the findings he or she makes upon conclusion of the investigation.

# CONCLUSION

WHEREFORE, for the above reasons, Mr. Williamson respectfully requests that the Court approve the use of a forensic computer consultant in the amount of up to $2,500, and grant such further relief as the Court deems necessary and proper.

Date: March 9, 2022

Respectfully Submitted,

/s/ Gus M. Centrone
Gus M. Centrone (FBN 0030151)
gcentrone@kmf-law.com
KYNES, MARKMAN & FELMAN, P.A.
Post Office Box 3396
Tampa, Florida 33601-3396
Telephone: (813) 229-1118
Facsimile: (813) 221-6750

*Counsel for Defendant Gregory Allen Williamson*

# CERTIFICATE OF SERVICE

I HERBY CERTIFY that on March 9, 2022, I electronically filed the foregoing with the Clerk of Court through the CM/ECF Filing System which will send a notice of electronic filing to all counsel of record.

/s/ Gus M. Centrone
Gus M. Centrone