# EXHIBIT A



# CyberTipline Report 79384716

## Priority Level: E
### (Report submitted by a registered Electronic Service Provider)

Received by NCMEC on 09-10-2020 18:02:08 UTC

All dates are displayed as MM-DD-YYYY

Except for times provided in Additional Information sections, all time zones are displayed in UTC

## Executive Summary

The following is a brief overview of information contained in this CyberTipline report:

**Incident Type:** Apparent Child Pornography
Files Not Reviewed by NCMEC, Hash Match

NCMEC Incident Type is based on NCMEC's review of the report **OR** a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP.

One or more files uploaded in this CyberTipline report have resulted in a "Hash Match" to a file from a previous CyberTipline report. NCMEC staff have not viewed the uploaded files submitted with this CyberTipline report that are designated as "Hash Match." The "Hash Match" designation indicates that the uploaded files match the hash values of uploaded files from a CyberTipline report that were previously viewed and categorized by NCMEC at the time this report was generated.

Please see Section B for additional information related to the Hash Match by NCMEC.

**Total Uploaded Files:** 7

The National Center for Missing & Exploited Children (NCMEC) was incorporated in 1984 by child advocates as a private, non-profit 501(c)(3) organization to serve as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further our mission to help find missing children, reduce child sexual exploitation, and prevent future victimization, NCMEC operates the CyberTipline and Child Victim Identification Program. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement and also uses this information to help identify trends and create child safety and prevention messages. As a clearinghouse, NCMEC also works with Electronic Service Providers, law enforcement and the public in a combined effort to reduce online child sexual abuse images. NCMEC performs its programs of work pursuant to its own private mission and independent business operations. NCMEC does not act in the capacity of or under the direction or control of the government or law enforcement agencies. NCMEC does not investigate and cannot verify the accuracy of the information submitted by reporting parties.

# Contents

| | |
|---|---:|
| **Section A: Reported Information** | **1** |
| Reporting Electronic Service Provider (ESP) | 1 |
| Company Information | 1 |
| Incident Information | 2 |
| Suspect | 3 |
| Additional Information Submitted by the Reporting ESP | 3 |
| Uploaded File Information | 3–5 |
| **Section B: Automated Information Added by NCMEC Systems** | **6** |
| Explanation of Automated Information (in alphabetical order) | 6 |
| Uploaded File Information | 6 |
| **Section C: Additional Information Provided by NCMEC** | **7** |
| NCMEC Note #1 | 7 |
| **Section D: Law Enforcement Contact Information** | **10** |
| Central Florida ICAC | 10 |

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.



CyberTipline Report 79384716 | 1

# Section A: Reported Information

The following information was submitted to the CyberTipline by the Reporting Person or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

## Reporting Electronic Service Provider (ESP)

**Submitter:**
Yahoo! Inc

Business Address:
701 First Avenue
Sunnyvale, CA 94089 United States

**Point of Contact for Law Enforcement:**
Email: lawenforcement-inquiries@oath.com

https://lawenforcementrequests.oath.com

## Company Information

Reporting Electronic Service Provider (ESP)

Oath Holdings Inc (for information related to Yahoo accounts)
701 First Avenue
Sunnyvale, CA 94089 US
Point of Contact for Law Enforcement:
https://lawenforcementrequests.oath.com (US law enforcement only, for submitting US legal process) or
lawenforcement-inquiries@verizonmedia.com (US and non-European international law enforcement only, for inquiries) or
ie-legalpoc@verizonmedia.com (European law enforcement)

Oath Inc. (for information related to AOL accounts)
22000 AOL Way
Dulles, VA 20166
Point of Contact for Law Enforcement:
https://lawenforcementrequests.oath.com (US law enforcement only, for submitting US legal process) or
lawenforcement@teamaol.com (US and International law enforcement, for inquiries)

Oath Holdings Inc. and Oath Inc. and herein collectively referred to as ("Oath").

Company Information
To submit an emergency disclosure requests (EDR):

 U.S. law enforcement should submit an EDR through https://lawenforcementrequests.verizonmedia.com for both Yahoo and AOL accounts.

European law enforcement should submit an EDR to ie-emergencies-ilist@verizonmedia.com

All other international law enforcement should submit an EDR request to page-legalpoc@verizonmedia.com.
*******************************************************************************

This report was submitted from the Electronic Service Provider (ESP), Oath pursuant to 18 USC § 2258A. Oath has provided NCMEC with the following explanations pertaining to the reports submitted to the CyberTipline:

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.



CyberTipline Report 79384716 | 2

When law enforcement serves legal process upon Oath Holdings Inc., law enforcement should reference:
The CyberTipline Report number
The user identifier (i.e. Yahoo or AOL email address); and/or Oath's Globally Unique Identifier (GUID) (e.g. TYGJVP473PMKTB7CFPHVMBATKI)

The following information was submitted to the CyberTipline by the Reporting Person or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

Company Information

CyberTipline Report

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.

Please treat all information in this Report as confidential.

For CyberTips related to images transmitted over Yahoo or AOL email, the Offense Date is the approximate date and approximate time when a message containing some of the image(s) and/or video(s) was transmitted over Yahoo or AOL email servers. To determine which reported files were part of this message, please refer to the Message ID reported under the Offense Date, and locate the the image(s)/video(s) with the same Message ID, which will be in the "Additional Information" field for each reported image and/or video. All times in Oath reports are in UTC, unless otherwise noted.

In most instances involving CyberTips related to Oath platforms other than Yahoo or AOL mail, the IP address and associated timestamp provided in the "Uploaded File Information" section of the CyberTip will be denoted with "(Upload)", which indicates that the IP address reported was the source of the reported image or video. In some cases, Oath may provide additional IP address information in this section, as described below: Other = The last known upload IP Address not associated with any of the reported content Registration = The IP Address of the user at the time the Yahoo Account was created Last Login = The IP Address of the most recent login of the reported user.

Reported image(s)/video(s) included in this CyberTip were previously posted on an Oath property/platform. The poster's account has since been disabled and these image(s)/video(s) are no longer accessible. The submitted content will be kept for at least 90 days from receipt of this report pursuant to 18 USC § 2258A(h)(2).

If your CyberTip includes a Supplemental Report authored by the Oath E-Crime Investigations Team (ECIT), the ECIT has identified the reported account as a priority, based on a number of potential factors, including but not limited to: the user(s) holding a position of authority and/or trust, the user(s) having access to children, and the user(s) being identified as repeat offenders. The Supplemental Report provides additional information about the user, and may include last login IP address, alternate communication channels (email address/phone numbers) the user added and/or verified on the account(s), and any information obtained from open-source searches.

For Oath Supplemental Reports:
Section A - Reported Information

Point of Contact for Law Enforcement:
e-crime-investigations@verizonmedia.com

Submitter:
Oath Holdings Inc
701 First Avenue
Sunnyvale, CA 94089 US

Incident Information

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

DISC-01127



CyberTipline Report 79384716 | 3

| | |
|---|---|
| Incident Type: | Child Pornography (possession, manufacture, and distribution) |
| Incident Time: | 09-10-2020 15:02:06 UTC |
| Description of Incident Time: | This is the date/time when Oath submitted the CyberTip to NCMEC. |

### Suspect

| | |
|---|---|
| Name: | vlad vlad |
| Phone: | +19414451469 |
| Email Address: | vladlover50@yahoo.com |
| ESP User ID: | S6ACNO5WZCQ2L42AJXELMJRFGQ-yahoo |
| Additional Information: | Alternate Email: |

### Additional Information Submitted by the Reporting ESP

Platform: Files were transmitted over Yahoo Mail.
Offense Date/Time and IP address: 09/08/2020 @ 4:00pm (UTC) from IP 2601:701:c200:ef50:f00e:48dc:fd43:543c
Message ID: AOnVyMcZUDI-X1eqiAXYGHE_POg

### Uploaded File Information

| | |
|---|---|
| Number of uploaded files: | 7 |

### Uploaded File Information

| | |
|---|---|
| Filename: | image.4-1.gif |
| MD5: | d88f463af69870375efb1ea3242e1757 |
| Original Filename Associated with File: | 101.gif |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Additional Information: | messageID for this upload: AC8DBl036uurX0-sygDPCI_UTsk |
| Additional Information: | Upload Date/Time: 2020-09-02 14:31:37 |

### Uploaded File Information

| | |
|---|---|
| Filename: | image.125-1.jpeg |
| MD5: | f361bb042c6bdd5fe8f1616b5a666737 |
| Original Filename Associated with File: | 0_806.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Additional Information: | messageID for this upload: AEazubFrgUGIXcV9vw1KWN40I4A |
| Additional Information: | Upload Date/Time: 2019-11-08 14:37:51 |

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.



CyberTipline Report 79384716 | 4

### Uploaded File Information

| | |
|---|---|
| Filename: | image.1-1.jpeg |
| MD5: | 4f49b5d5ddb3da509e6a2ccba96b7152 |
| Original Filename Associated with File: | download.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Additional Information: | messageID for this upload: AOnVyMcZUDl-X1eqiAXYGHE_POg |
| Additional Information: | Upload Date/Time: 2020-09-08 16:00:08 |

### Uploaded File Information

| | |
|---|---|
| Filename: | image.120-1.jpeg |
| MD5: | bff21c35176766cbc454bc46057352b1 |
| Original Filename Associated with File: | 7.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Additional Information: | messageID for this upload: AIwCj4IsEdbzXeqPFAPoADRvP64 |
| Additional Information: | Upload Date/Time: 2019-12-06 17:25:39 |

### Uploaded File Information

| | |
|---|---|
| Filename: | image.97-1.jpeg |
| MD5: | 5574e059b84e096bb86a843a7ebc6590 |
| Original Filename Associated with File: | 671_1000.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Additional Information: | messageID for this upload: AEw2H3oNrZsAXiA_eQJhYFNT6gY |
| Additional Information: | Upload Date/Time: 2020-01-16 10:48:24 |

### Uploaded File Information

| | |
|---|---|
| Filename: | image.5-1.jpeg |
| MD5: | 72472b75dea64b1c29224d21475810af |
| Original Filename Associated with File: | 0_128.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Additional Information: | messageID for this upload: AKrmNOQYHsQpX04kHw1tgNIXT9E |

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.



CyberTipline Report 79384716 | 5

Additional Information:  Upload Date/Time: 2020-09-01 10:36:15

## Uploaded File Information

| | |
|---|---|
| Filename: | image.118-1.jpeg |
| MD5: | 83ab909b2ff4944af7631fbac9acca99 |
| Original Filename Associated with File: | 1.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Additional Information: | messageID for this upload: AlwCj4IsEdbzXeqPFAPoADRvP64 |
| Additional Information: | Upload Date/Time: 2019-12-06 17:25:39 |

This concludes Section A. All of the information in this section was submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.

DISC-01130




CyberTipline Report 79384716 | 6

# Section B: Automated Information Added by NCMEC Systems

Upon receipt of a CyberTipline report, NCMEC Systems may conduct automated processes on the information submitted in Section A. The information found in Section B of this CyberTipline Report has been automatically generated by NCMEC Systems. If the CyberTipline Report was submitted by a member of the public, Section B will be blank.

## Explanation of Automated Information (in alphabetical order)

**Geo-Lookup:** When a Reporting ESP voluntarily reports an IP address for the "Suspect," NCMEC Systems will geographically resolve the IP address via a publicly-available online query. The results of this lookup are displayed.

Geolocation data is approximate and may not display a user's exact location. Please be aware that the geolocation information provided is not exact but is providing a reliable estimate of location based on IP address(es) voluntarily provided by the reporting ESP.

## Uploaded File Information

**File Tag(s):** NCMEC staff have not opened or viewed the uploaded files in this CyberTipline report that are listed below and designated as "Hash Match." The "Hash Match" designation indicates that the uploaded file matches the hash value of an uploaded file from a CyberTipline report that was previously viewed and categorized by NCMEC at the time this report was generated.

Was listed file(s) viewed by NCMEC staff? No

Does listed file(s) match file previously viewed and categorized from a CyberTipline report? Yes

### Files and Categorization

| Filename | MD5 | Categorization |
|---|---|---|
| image.4-1.gif | d88f463af69870375efb1ea3242e1757 | CP (Unconfirmed) |
| image.125-1.jpeg | f361bb042c6bdd5fe8f1616b5a666737 | CP (Unconfirmed) |
| image.1-1.jpeg | 4f49b5d5ddb3da509e6a2ccba96b7152 | Apparent Child Pornography |
| image.120-1.jpeg | bff21c35176766cbc454bc46057352b1 | Child Clothed |
| image.97-1.jpeg | 5574e059b84e096bb86a843a7ebc6590 | CP (Unconfirmed) |
| image.5-1.jpeg | 72472b75dea64b1c29224d21475810af | CP (Unconfirmed) |
| image.118-1.jpeg | 83ab909b2ff4944af7631fbac9acca99 | Apparent Child Pornography |

This concludes Section B

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.

DISC-01131



CyberTipline Report 79384716 | 7

# Section C: Additional Information Provided by NCMEC

Section C contains information collected by NCMEC staff based on the information electronically submitted by the Reporting Person, NCMEC Call Center or Reporting ESP. Section C may contain a variety of additional information, including data gathered from queries on publicly-available, open-source websites. Any queries conducted by NCMEC staff will be documented and any query results will be saved to the electronic filing system when possible. The CyberTipline cannot confirm the accuracy of information found in public records or whether the results are affiliated with any parties relating to this report.

| | |
|---|---|
| **NCMEC Priority Level:** | E (Report submitted by a registered Electronic Service Provider) |
| **NCMEC Classification*:** | Apparent Child Pornography<br>Files Not Reviewed by NCMEC, Hash Match |
| **NCMEC Date Processed:** | 10-22-2020 18:26:12 UTC |
| **Made Available to Law Enforcement by NCMEC:** | Yes |

NCMEC Classification is based on NCMEC's review of the report **OR** a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP.

### NCMEC Note #1

ECD-HMF 10-22-2020 18:26:12 UTC

CT/TA query for the reported identifiers returned negative or irrelevant results.
===
WHOIS lookup for 2601:701:c200:ef50:f00e:48dc:fd43:543c :

IP and Network lookup information:

Address lookup

lookup failed
2601:701:c200:ef50:f00e:48dc:fd43:543c

Could not find a domain name corresponding to this IP address.

Network Whois record

Queried whois.arin.net with " n ! NET6-2601-700-1 "...
NetRange:     2601:700:: - 2601:73F:FFFF:FFFF:FFFF:FFFF:FFFF:FFFF
CIDR:         2601:700::/26
NetName:      WEST-FLORIDA-RPD-V6-2
NetHandle:    NET6-2601-700-1
Parent:       COMCAST6NET (NET6-2601-1)
NetType:      Reassigned
OriginAS:
Organization: Comcast Cable Communications, LLC (CCCS)
RegDate:      2015-03-24
Updated:      2017-11-28
Ref:          https://rdap.arin.net/registry/ip/2601:700::
OrgName:      Comcast Cable Communications, LLC

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.



CyberTipline Report 79384716 | 8

```
OrgId:          CCCS
Address:        1800 Bishops Gate Blvd
City:           Mt Laurel
StateProv:      NJ
PostalCode:     08054
Country:        US
RegDate:        2001-09-18
Updated:        2017-01-28
Ref:            https://rdap.arin.net/registry/entity/CCCS
OrgAbuseHandle: NAPO-ARIN
OrgAbuseName:   Network Abuse and Policy Observance
OrgAbusePhone:  +1-888-565-4329
OrgAbuseEmail:  abuse@comcast.net
OrgAbuseRef:    https://rdap.arin.net/registry/entity/NAPO-ARIN
OrgTechHandle:  IC161-ARIN
OrgTechName:    Comcast Cable Communications Inc
OrgTechPhone:   +1-856-317-7200
OrgTechEmail:   CNIPEO-Ip-registration@cable.comcast.com
OrgTechRef:     https://rdap.arin.net/registry/entity/IC161-ARIN
```

DNS records
DNS query for c.3.4.5.3.4.d.f.c.d.8.4.e.0.0.f.0.5.f.e.0.0.2.c.1.0.7.0.1.0.6.2.ip6.arpa returned an error from the server: NameError
No records to display
Traceroute

Tracing route to 2601:701:c200:ef50:f00e:48dc:fd43:543c [2601:701:c200:ef50:f00e:48dc:fd43:543c] ...    hop  rtt  rtt  rtt
ip address     fully qualified domain name
1   3   1   1    2607:f0d0:2701:6c:ffff:ffff:ffff:ff7e    outbound.hexillion.com
2   1   1   1    2607:f0d0:2700:1::22
3   0   0   0    2607:f0d0:2700:1::e
4   *   *   3    2607:f0d0:2:2::332    2330.0000.0000.0000.2000.2000.0d0f.7062.ip6.static.sl-reverse.com
5   2   1   2    2607:f0d0:2:2::241    1420.0000.0000.0000.2000.2000.0d0f.7062.ip6.static.sl-reverse.com
6   1   1   1    2001:559::2fd    be-112-pe03.1950stemmons.tx.ibone.comcast.net
7   *   *   *
8   *   7   *    2001:558:3:12b::1    be-302-cr11.houston.tx.ibone.comcast.net
9   *   *   *
10  *   *   *
11  *   *   *
12  *   *   *
Trace aborted

Maxmind Geographic Results:

Country: US
Region: FL
City: North Port
Postal Code: 34288
Latitude: 27.0498
Longitude: -82.1288
Metropolitan Code: Tampa-St. Petersburg (Sarasota)
ISP: Comcast Cable
Organization: Comcast Cable
Types: residential

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

DISC-01133



CyberTipline Report 79384716 | 9

Google Geographic Results:

Country: US
Postal Code: 34288
Latitude: 27.0583726
Longitude: -82.116955
Area: 46.179 sq. km. (17.8298 sq. miles)
===
Central FL ICAC based on IP

This concludes Section C

If you need further information regarding the contents of this Report, please contact the CyberTipline at ecuassistance@ncmec.org or 1-877-446-2632, ext. 6702.

For more information regarding images containing identified child victims, please contact the Child Victim Identification Program (CVIP) at cvip@ncmec.org.

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

DISC-01134



CyberTipline Report 79384716 | 10

# Section D: Law Enforcement Contact Information

The report was made available to the Law Enforcement Agency listed below.

**Central Florida ICAC**

Investigator:

Assigned Officer:   Access VPN
Title:   Sergeant Justin Shah
City/State:   Kissimmee, FL
Country:   United States
Phone Number:   407-344-5223
Email Address:   jsha2@osceola.org,Tricia.teems@osceola.org,Loriana.fiorino@osceola.org

Time/Date was made available: 10-22-2020 18:26:12 UTC

This concludes Section D

This concludes CyberTipline Report 79384716

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.