# EXHIBIT C

```
Search for    vladlover50
Date Range    1980-01-01 00:00:00 / 2020-11-24 23:59:59
Time Zone     (UTC) Universal Time Coordinated
Total Results 122
Type   User ID       IP Address          Port     Timestamp
Login  vladlover50   2601:701:c200:ef50:5dd5:92c2:149a:637b  50654  September 05 2020 09:29:59
Login  vladlover50   2601:701:c200:ef50:bd4e:d990:bfbc:8e3d  59037  September 04 2020 16:04:40
Login  vladlover50   2601:701:c200:ef50:8993:acc9:7d4b:e737  55637  September 03 2020 19:29:03
Login  vladlover50   2601:701:c200:ef50:5dee:1e30:68a3:7ed1  50815  September 02 2020 14:30:48
Login  vladlover50   2601:701:c200:ef50:d2:4e7b:5a46:9ecf    56668  September 01 2020 20:06:14
Login  vladlover50   2601:701:c200:ef50:9849:eac3:cae7:519d  59527  August 31 2020 17:54:56
Login  vladlover50   2601:701:c200:ef50:e81c:9d7b:a102:27ab  51942  August 27 2020 15:22:48
Login  vladlover50   2601:701:c200:ef50:dd81:7491:48af:49f5  57994  August 25 2020 13:49:29
Login  vladlover50   2601:701:c200:ef50:354d:b165:920f:1e9   60350  August 24 2020 17:07:46
Login  vladlover50   2601:701:c200:ef50:6991:e7f1:56ad:3eb9  49355  August 21 2020 17:34:08
Login  vladlover50   2601:701:c200:ef50:8c94:1f68:ed45:8d5c  52130  August 19 2020 09:49:27
Login  vladlover50   2601:701:c200:ef50:d84b:3e53:23a6:3f46  49852  August 18 2020 21:17:28
Login  vladlover50   2601:701:c200:ef50:51f:8eca:9054:f6cd   53966  August 18 2020 10:06:57
Login  vladlover50   2601:701:c200:ef50:1d3a:ed9b:7e80:5e94  57989  August 17 2020 18:47:45
Login  vladlover50   2601:701:c200:ef50:fca0:9409:eab7:f577  60927  August 17 2020 10:05:44
Login  vladlover50   2601:701:c200:ef50:905d:a2d7:46d:fb73   61619  August 13 2020 18:01:22
Login  vladlover50   2601:701:c200:ef50:4815:5419:3605:f4c4  52226  August 05 2020 15:11:39
Login  vladlover50   71.203.59.252   50703   August 05 2020 06:17:21
Login  vladlover50   71.203.59.252   54158   August 03 2020 16:28:02
Login  vladlover50   2601:701:c200:ef50:74a1:d6d7:b96d:e69f  59437  July 30 2020 08:18:35
Login  vladlover50   2601:701:c200:ef50:b9ab:184c:bc04:5b29  64763  July 28 2020 12:41:34
Login  vladlover50   2601:701:c200:ef50:8989:292d:4918:d2df  61311  July 01 2020 18:58:19
Login  vladlover50   2603:9000:cc0a:82f0:74a1:d6d7:b96d:e69f 52308  May 21 2020 13:25:55
```

DISC-01183

| | | | |
|---|---|---|---|
| Login  vladlover50  20:42:38 | 2603:9000:cc0a:82f0:ad23:227c:61f3:e90b | 60182 | May 20 2020 |
| Login  vladlover50  15:29:51 | 2603:9000:cc0a:82f0:78b2:c434:7b2b:d1e3 | 60887 | May 16 2020 |
| Login  vladlover50  15:05:00 | 2603:9000:cc0a:82f0:78b2:c434:7b2b:d1e3 | 50356 | May 15 2020 |
| Login  vladlover50  17:56:39 | 2603:9000:cc0a:82f0:e828:7af9:b58f:97dd | 60626 | May 14 2020 |
| Login  vladlover50  16:45:56 | 2603:9000:cc0a:82f0:603e:2595:6bb0:a1b5 | 54194 | May 11 2020 |
| Login  vladlover50  08:41:17 | 2603:9000:cc0a:82f0:603e:2595:6bb0:a1b5 | 60031 | May 09 2020 |
| Login  vladlover50  14:18:45 | 2603:9000:cc0a:82f0:60e5:ccb9:65e4:26de | 49449 | May 07 2020 |
| Login  vladlover50  11:30:53 | 2603:9000:cc0a:82f0:5ce4:35dc:34b4:c2dc | 50907 | May 05 2020 |
| Login  vladlover50  08:30:52 | 2603:9000:cc0a:82f0:5ce4:35dc:34b4:c2dc | 51891 | May 04 2020 |
| Login  vladlover50  11:04:35 | 2603:9000:cc0a:82f0:ad14:b4da:bd45:b5f0 | 57376 | May 03 2020 |
| Login  vladlover50  10:30:59 | 2603:9000:cc0a:82f0:502a:5f40:627a:7b75 | 61293 | May 02 2020 |
| Login  vladlover50  15:52:12 | 2603:9000:cc0a:82f0:c893:dfcd:513c:b024 | 52109 | April 30 2020 |
| Login  vladlover50  12:44:41 | 2603:9000:cc0a:82f0:9010:c72c:86d7:164a | 56989 | April 29 2020 |
| Login  vladlover50  19:27:17 | 2603:9000:cc0a:82f0:9010:c72c:86d7:164a | 57091 | April 28 2020 |
| Login  vladlover50  11:21:51 | 2603:9000:cc0a:82f0:b0e6:b1bf:4244:787f | 62486 | April 27 2020 |
| Login  vladlover50  11:00:41 | 2603:9000:cc0a:82f0:bcd5:64b:9365:9201 | 53062 | April 25 2020 |
| Login  vladlover50  14:19:50 | 2603:9000:cc0a:82f0:1841:b341:1f5:a7a7 | 53847 | April 23 2020 |
| Login  vladlover50  12:39:11 | 2603:9000:cc0a:82f0:bcfe:d9cb:57b4:2243 | 61965 | April 21 2020 |
| Login  vladlover50  18:35:41 | 2603:9000:cc0a:82f0:184a:a389:d585:6376 | 59516 | April 19 2020 |
| Login  vladlover50  09:58:02 | 2603:9000:cc0a:82f0:4dbd:2938:d40c:7c27 | 50972 | April 18 2020 |
| Login  vladlover50  14:16:57 | 2603:9000:cc0a:82f0:84fe:f649:5da2:3d3 | 62877 | April 16 2020 |
| Login  vladlover50  16:08:48 | 2603:9000:cc0a:82f0:d0a0:4992:1b8b:ca8d | 60437 | April 15 2020 |
| Login  vladlover50  09:19:09 | 2603:9000:cc0a:82f0:c030:f011:4434:79db | 55991 | April 12 2020 |
| Login  vladlover50  15:55:17 | 2603:9000:cc0a:82f0:7473:aa04:eb48:9ec2 | 61882 | April 06 2020 |
| Login  vladlover50 | 2603:9000:cc0a:82f0:596:5679:a9f9:f1cf | 62490 | April 04 2020 |

```
                              20:12:47
Login  vladlover50    2603:9000:cc0a:82f0:fdf4:e89:7ddd:fdcf       56163  March 30 2020
                              14:09:37
Login  vladlover50    2603:9000:cc0a:82f0:9996:93e4:c10f:c727 51007  March 26 2020
                              15:57:17
Login  vladlover50    2603:9000:cc0a:82f0:9996:93e4:c10f:c727 65519  March 25 2020
                              19:47:12
Login  vladlover50    2603:9000:cc0a:82f0:f4cf:dbaf:cf04:f85c      57635  March 24 2020
                              16:31:26
Login  vladlover50    2603:9000:cc0a:82f0:71c5:38cb:2e82:c301       52985  March 24
                              2020 10:18:02
Login  vladlover50    2603:9000:cc0a:82f0:e157:f1f2:a5a6:d74d 57773  March 23 2020
                              19:27:26
Login  vladlover50    2603:9000:cc0a:82f0:9c7e:d789:63ec:1220       61146  March 23
                              2020 13:17:03
Login  vladlover50    2603:9000:cc0a:82f0:9c7e:d789:63ec:1220       56778  March 23
                              2020 09:11:47
Login  vladlover50    2603:9000:cc0a:82f0:483:21e0:af07:108f   51799  March 22 2020
                              19:25:53
Login  vladlover50    2603:9000:cc0a:82f0:45e2:38e6:e987:a4ae       57381  March 22
                              2020 06:48:32
Login  vladlover50    2603:9000:cc0a:82f0:6977:e7b1:5b3a:9c5f 53482  March 21 2020
                              09:11:52
Login  vladlover50    2603:9000:cc0a:82f0:d43d:7de9:5f99:437d 64984  March 20 2020
                              09:22:36
Login  vladlover50    2603:9000:cc0a:82f0:443:b05f:1f2e:6128    56544  March 18 2020
                              17:38:13
Login  vladlover50    2603:9000:cc0a:82f0:443:b05f:1f2e:6128    57696  March 17 2020
                              18:11:00
Login  vladlover50    2603:9000:cc0a:82f0:443:b05f:1f2e:6128    52216  March 16 2020
                              10:22:35
Login  vladlover50    2603:9000:cc0a:82f0:8080:c3a6:2809:d448       53897  March 15
                              2020 09:20:29
Login  vladlover50    2603:9000:cc0a:82f0:8080:c3a6:2809:d448       63169  March 14
                              2020 16:38:19
Login  vladlover50    2603:9000:cc0a:82f0:8080:c3a6:2809:d448       55749  March 13
                              2020 18:05:05
Login  vladlover50    2603:9000:cc0a:82f0:8080:c3a6:2809:d448       53323  March 12
                              2020 18:27:02
Login  vladlover50    2603:9000:cc0a:82f0:c931:705c:b8d9:4bab       49730  March 12
                              2020 14:42:28
Login  vladlover50    2603:9000:cc0a:82f0:c931:705c:b8d9:4bab       54466  March 11
                              2020 10:26:24
Login  vladlover50    2603:9000:cc0a:82f0:c931:705c:b8d9:4bab       52669  March 09
                              2020 19:08:04
Login  vladlover50    2603:9000:cc0a:82f0:ecea:e420:35e7:900  50848  March 08 2020
                              10:24:56
Login  vladlover50    2603:9000:cc0a:82f0:ecea:e420:35e7:900  54772  March 06 2020
                              19:45:26
```

| | | | |
|---|---|---|---|
| Login vladlover50 | 2603:9000:cc0a:82f0:4094:591f:99ed:1081 | 63056 | March 05 2020 20:06:00 |
| Login vladlover50 | 2603:9000:cc0a:82f0:2453:aaa7:86b6:a5bc | 55215 | March 04 2020 20:07:03 |
| Login vladlover50 | 2603:9000:cc0a:82f0:a877:684d:355e:1f2b | 64780 | March 04 2020 01:45:01 |
| Login vladlover50 | 2603:9000:cc0a:82f0:2453:aaa7:86b6:a5bc | 58360 | March 03 2020 18:54:40 |
| Login vladlover50 | 173.171.32.211 | 56808 | March 03 2020 18:02:47 |
| Login vladlover50 | 2603:9000:cc0a:82f0:2453:aaa7:86b6:a5bc | 51872 | March 02 2020 20:51:17 |
| Login vladlover50 | 2603:9000:cc0a:82f0:6d60:7cce:4171:39d6 | 55795 | March 02 2020 18:37:06 |
| Login vladlover50 | 2603:9000:cc0a:82f0:3855:8b7c:6ea1:b225 | 57182 | March 02 2020 18:10:39 |
| Login vladlover50 | 2603:9000:cc0a:82f0:6d60:7cce:4171:39d6 | 50375 | March 01 2020 10:35:08 |
| Login vladlover50 | 2603:9000:cc0a:82f0:8132:2a56:d602:a8bb | 55038 | February 26 2020 15:05:28 |
| Login vladlover50 | 2603:9000:cc0a:82f0:74a1:d6d7:b96d:e69f | 61675 | February 25 2020 10:43:35 |
| Login vladlover50 | 2603:9000:cc0a:82f0:74a1:d6d7:b96d:e69f | 64293 | February 20 2020 10:00:32 |
| Login vladlover50 | 2603:9000:cc0a:82f0:74a1:d6d7:b96d:e69f | 62654 | February 20 2020 09:30:13 |
| Login vladlover50 | 2603:9000:cc0a:82f0:74a1:d6d7:b96d:e69f | 52935 | February 17 2020 15:00:58 |
| Login vladlover50 | 2603:9000:cc0a:82f0:11b3:6e66:b729:4e9a | 62437 | February 13 2020 15:42:41 |
| Login vladlover50 | 2603:9000:cc0a:82f0:74a1:d6d7:b96d:e69f | 62885 | February 12 2020 10:33:41 |
| Login vladlover50 | 2603:9000:cc0a:82f0:74a1:d6d7:b96d:e69f | 57767 | February 11 2020 18:29:58 |
| Login vladlover50 | 2603:9000:cc0a:82f0:74a1:d6d7:b96d:e69f | 54463 | February 05 2020 20:04:57 |
| Login vladlover50 | 2603:9000:cc0a:82f0:74a1:d6d7:b96d:e69f | 65344 | February 05 2020 11:15:23 |
| Login vladlover50 | 2603:9000:cc0a:82f0:74a1:d6d7:b96d:e69f | 57734 | February 04 2020 10:18:19 |
| Login vladlover50 | 2603:9000:cc0a:82f0:95:6680:e04c:4bc2 | 57878 | January 30 2020 17:43:55 |
| Login vladlover50 | 2603:9000:cc0a:82f0:74a1:d6d7:b96d:e69f | 52324 | January 30 2020 09:47:21 |
| Login vladlover50 | 2603:9000:cc0a:82f0:74a1:d6d7:b96d:e69f | 60305 | January 24 2020 17:03:19 |
| Login vladlover50 | 2603:9000:cc0a:82f0:74a1:d6d7:b96d:e69f | 55808 | January 24 2020 10:31:10 |
| Login vladlover50 | 2603:9000:cc0a:82f0:ec3e:c2b3:b162:741 | 56852 | January 21 2020 17:38:15 |

| | | | | |
|---|---|---|---|---|
| Login | vladlover50 | 2603:9000:cc0a:82f0:2032:5:69df:f043 | 65101 | January 20 2020 18:02:29 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:b8c9:2258:b1f8:9a61 | 61361 | January 18 2020 10:54:09 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:74a1:d6d7:b96d:e69f | 64596 | January 16 2020 10:47:25 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:7c7e:e981:33f3:81f0 | 53722 | January 14 2020 14:08:50 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:7c7e:e981:33f3:81f0 | 51309 | January 14 2020 10:50:36 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:74a1:d6d7:b96d:e69f | 64230 | January 13 2020 19:59:14 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:74a1:d6d7:b96d:e69f | 56331 | January 12 2020 10:36:40 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:603d:669:681d:245 | 59101 | January 11 2020 12:09:51 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:a8db:51e:85bb:93c1 | 55062 | January 09 2020 20:31:16 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:ad6d:7c51:24fc:78fb | 57915 | January 09 2020 11:17:16 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:785f:6846:b7d7:c977 | 61407 | January 08 2020 18:18:03 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:d38:507d:fe7c:2bac | 61318 | January 07 2020 18:25:32 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:259a:d4aa:fd4d:b854 | 64547 | January 06 2020 15:39:34 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:3d89:7100:ff63:927c | 62625 | January 03 2020 14:28:11 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:74a1:d6d7:b96d:e69f | 57255 | January 02 2020 22:03:05 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:3def:7552:d5aa:6685 | 49795 | December 31 2019 17:45:01 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:b4a9:807d:570:a844 | 54206 | December 30 2019 19:09:39 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:59c1:a9a4:97cc:86f0 | 57542 | December 27 2019 15:17:36 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:74a1:d6d7:b96d:e69f | 53446 | December 27 2019 13:58:28 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:d0ff:42e7:e1a9:fccc | 63486 | December 26 2019 14:27:11 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:5816:2ff7:3836:9029 | 59636 | December 26 2019 01:16:49 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:74a1:d6d7:b96d:e69f | 59074 | December 18 2019 20:37:02 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:99e7:adb8:3835:dd65 | 52495 | December 17 2019 18:33:12 |
| Login | vladlover50 | 2603:9000:cc0a:82f0:48e2:36c0:7f6e:9269 | 52088 | December 16 2019 15:12:32 |
| Login | vladlover50 | 173.171.32.211 | 53830 | December 14 2019 08:55:57 |

DISC-01187