# EXHIBIT 3

Yahoo Case ID 471305 / YID: vladlover50 / CT Report No. 79384716 / Reported 10 SEP 2020

Case No. 21-cr-00355-WFJ-CPT-1 (M.D. Fla.)

## DECLARATION OF ASHLEY R. GUIZZOTTI

1.     I am a Legal Services Manager assigned to the Trust & Safety team at Yahoo Inc. ("Yahoo"), formerly known as Oath Holdings Inc., where I have been employed since November 2016. Previously, I worked as a Senior Trust & Safety Lead for Yahoo. I am familiar with Yahoo's procedures for digitally scanning for Child Sexual Abuse Material (CSAM) on our properties and for making CyberTipline reports to the National Center for Missing and Exploited Children (NCMEC).

2.     I am over the age of eighteen (18) years and competent to make this declaration. I make each of the following statements based on my personal knowledge, and I could, if necessary, testify to the truth of each of them.

3.     Yahoo provides consumer email (including Yahoo Mail) and other services and operates popular web properties such as Yahoo Finance and Yahoo Sports. As part of creating a Yahoo account, a user must agree to Yahoo's terms of service.

4.     Under the Yahoo terms of service in effect at the time Yahoo filed CyberTip No. 79384716 with NCMEC, users agreed in pertinent part to "not use the Yahoo Services to:

> upload, post, email, transmit, or otherwise make available any Content that is unlawful, harmful, threatening, abusive, harassing, tortious, defamatory, vulgar, obscene, libelous, invasive of another's privacy, hateful, or racially, ethnically, or otherwise objectionable; [or]
>
> harm minors in any way[.]"

A true and correct copy of Yahoo's terms of service in effect in September 2020 is attached as Exhibit A.

5.     Yahoo has a strong business interest in enforcing our terms of service and ensuring that our products are free of illegal content, especially CSAM. If Yahoo is perceived to be a haven for abusive content and conduct, users will stop using our services. Though not legally required to do so, Yahoo voluntarily invests engineering resources and maintains a dedicated team of Trust & Safety content moderation professionals to monitor and safeguard our properties. Eliminating CSAM on Yahoo's properties is critically important to protecting our users, our product, our brand, and our business interests.

6.     Based on these private, non-governmental interests, at the time of CyberTip No. 79384716 and continuing to present, Yahoo has voluntarily employed a combination of automated scanning and human review to detect and report CSAM transmitted via Yahoo's email services. For Yahoo Mail, automated scanning for CSAM

1

occurs whenever a user sends an outbound email message with an attached image or video file.

7.     For image attachments, Yahoo employs Microsoft's PhotoDNA technology, which is capable of matching the digital signature of an uploaded image to large databases of known CSAM maintained by NCMEC and the Internet Watch Foundation. For video content, Yahoo uses technology from Google known as CSAI Match, which sends a digital "fingerprint" of a video attachment to Google for automated comparison to a database of known CSAM content. Additionally, Yahoo maintains and scans email image attachments against its own proprietary list of CSAM hashes.

8.     Yahoo's Trust & Safety content moderators are full-time employees trained by legal counsel in identifying and investigating CSAM that violates federal law. When an attachment to a newly sent email message is machine-flagged as matching the hash value of known CSAM content, the flagged image or video will be reviewed by at least one Trust & Safety content moderator. If this human review confirms that the flagged attachment is, in fact, CSAM, the contents of the sending email account are then scanned for other CSAM and archived for human review by at least one Yahoo Trust & Safety content moderator. This human review occurs on a secure, dedicated review platform that displays the actual images and video for viewing by a Yahoo Trust & Safety content moderator.

9.     Yahoo's Trust & Safety content moderators view and visually confirm that images and videos flagged as CSAM are apparent child pornography as defined in 18 U.S.C. § 2256. Based on their training and experience, Trust & Safety content moderators may through this review identify novel or not-yet-reported CSAM contained in the user's account, which is also reported to NCMEC.

10.    Following this human confirmation of CSAM contained in a flagged Yahoo Mail account, Yahoo disables the user's account and files a CyberTipline report with NCMEC in accordance with 18 U.S.C. § 2258A. In this matter, Yahoo provided a CyberTip to NCMEC (CyberTip Report No. 79384716), but at no time provided the same or similar information directly to law enforcement prior to the receipt of a search warrant in or about December 2020.

11.    In the case of the CSAM content reported in CyberTip Report No. 79384716, Yahoo records indicate that the human review was performed by the then-Senior Director of the Trust & Safety team. Prior to leading the Yahoo Trust & Safety team, this reviewer worked as an analyst and supervisor at NCMEC for more than six years, and worked at another Electronic Service Provider in a child safety role.

12. Yahoo's employment of CSAM scanning technologies and the human review of flagged content is conducted as part of our standard operating procedure and is not instigated by or conducted at the direction of any government entity. The review of content and user accounts is completed by the Yahoo Trust & Safety team without the input, knowledge, or acquiescence of any government entity. Furthermore, Yahoo publicly reports statistics and information regarding its efforts to combat CSAM as part of its corporate Transparency Report at https://www.yahooinc.com/transparency/yahoos-efforts-combat-online-child-exploitation.html.

13. Yahoo's records reflect that the seven (7) images reported in CyberTip Report No. 79384716 (submitted on or around September 10, 2020) received a manual human review by a Yahoo Trust & Safety content moderator prior to the report being sent to NCMEC.

14. Yahoo's records also reflect a timestamp for the last active session for the account reported in CyberTip Report No. 79384716 as beginning on September 5, 2022 at 9:29:59. This timestamp value in Yahoo's records corresponds to the date and time when the user either logged in the reported account or extended a previous login session. By logging in or by extending a login session, the user would remain logged into the Yahoo account on the same device for a period of two weeks. Yahoo Mail users must be logged into an account to send email messages.

15. Yahoo did not have any discussions or interactions with NCMEC or any law enforcement agency pertaining to the Yahoo Mail account reported in CyberTip Report No. 79384716 prior to generating or submitting that CyberTip.

16. When, as here, Yahoo includes a statement or indication in a CyberTip that an image or video was viewed or reviewed by Yahoo, it is referring to a viewing of that image by a trained human reviewer prior to making the report.

17. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*[signature]*   Date: 6-1-2022

Ashley R. Guizzotti