# EXHIBIT 5



<u>Via E-mail</u>

June 2, 2022

Erin Claire Favorit
Assistant United States Attorney
Middle District of Florida
Special Victims Section

Re:     <u>CyberTipline Report #79384716</u>

Ms. Favorit,

I am writing to confirm our recent phone conversation regarding CyberTipline report #79384716. In preparing the declaration your office requested relating to this report, it came to NCMEC's attention that as a result of an inconsistency in NCMEC's tagging process during handling of this report, the "NCMEC Classification" was listed in Section C on page 7 as "Files Not Reviewed by NCMEC." NCMEC viewed six of the seven files uploaded with CyberTipline report #79384716 prior to the report being made available to law enforcement, and the "NCMEC Classification" should not have been tagged as "Files Not Reviewed by NCMEC".

Please feel free to contact me if you have any questions relating to this matter.

Thank you.

*Yiota Souras*

Yiota Souras
Senior Vice President, General Counsel

333 John Carlyle Street Suite 125   I   Alexandria, VA 22314
1-800-THE-LOST® (1-800-843-5678)   I   MissingKids.org

   @MissingKids