UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    v.                                  CASE NO. 8:21-cr-355-WFJ-CPT

GREGORY ALLEN WILLIAMSON,

    Defendant.
_____/

## **JOINT NOTICE OF STIPULATED AND DISPUTED FACTS**

The United States and Defendant Gregory Allen Williamson, pursuant to this Court's July 8, 2022 Order (Doc. 60), respectfully submit this joint notice of stipulated and disputed facts at issue with respect to Defendant's pending Motion to Suppress (Doc. 44). This notice and the stipulated facts contained herein shall not be construed or deemed as a waiver, admission, or concession of any such facts for any other purpose, including but not limited to trial in this matter.

# STIPULATED FACTS

The Parties stipulate to the following facts that are relevant to resolution of the Motion to Suppress:

1. Mr. Williamson was arrested on or about November 17, 2021, pursuant to an Indictment and supporting affidavit alleging violations of 18 U.S.C. § 2422(b), 18 U.S.C. § 2252(a), 18 U.S.C. § 2252(a)(2), and 18 U.S.C. § 2252(a)(4)(B).

2. This case arises from a report from Oath Holdings d/b/a Yahoo! ("Yahoo!") to the National Center for Missing and Exploited Children ("NCMEC") through its CyberTipline reporting system.

3. Section A of the CyberTipline Report (Doc. 44-1) contains information provided by Yahoo! to NCMEC.

4. The CyberTipline report identifies seven images and provides the date they were purportedly uploaded through a Yahoo! e-mail account titled *vladlover50@yahoo.com*, and the internet protocol ("IP") address from which they were purported to be uploaded.

5. Section A of the CyberTipline report states: "Did Reporting ESP view entire contents of uploaded file?: Yes."

5. Section B of the report adds automated information that cross-references the "hash"[1] information of the image to other images that NCMEC has previously categorized. The seven images were put into categories titled "CP (Unconfirmed)," "Apparent Child Pornography," and "Child Clothed." Ex. A, p. 8.

6. According to NCMEC, "CP (Unconfirmed)" usually means that the age of the person in the photograph could not be determined by NCMEC. This is also known as "age difficult." "Apparent Child Pornography" means that the image meets the federal definition of child pornography. And "Child Clothed" means that the child is clothed, which could also be defined as "child erotica."

7. NCMEC reported the information to the Central Florida Internet Crimes Against Children Task Force. Ex. A, p. 11.

8. On November 11, 2020, Detective James Keller of the North Port Police Department received the CyberTipline Report. Based on this information, Detective Keller submitted a subpoena to Comcast for the subscriber information of the IP address identified in the CyberTipline Report. Comcast identified A.W.,

---

[1] "A hash value 'is a unique string of letters and numbers that reflects the content of an image or video file" and is created using a common algorithm like MD5. The series of letters and numbers are a file's digital fingerprint.'" *United States v. Montijo*, 2:21-CR-75-SPC-NPM, 2022 WL 93535, at *2 (M.D. Fla. Jan. 10, 2022).

3

Mr. Williamson's wife, as the subscriber, along with the address of their residence in North Port.

9. Detective Keller submitted a warrant application to search the vladlover50@yahoo.com email account and received a warrant return with the content of the Yahoo account.

10.. Detective Keller submitted a warrant application to search Mr. Williamson's residence. Doc. 44-2. In that warrant application, he stated that he personally reviewed the images.

11.. For three of the seven images, Detective Keller stated that "NCMEC had categorized this image previously as Child Pornography," when in fact NCMEC has actually identified those images as "CP (Unconfirmed)."

12. Detective Keller identifies two of the other seven images as "age difficult," and states that term "means it is difficult to determine an approximate age of the subject in the image." *Id*.

13. Below is a chart that identifies the name of the image, the date it was allegedly uploaded, and how it was described by the various agencies involved in this case.

| Image | Date | NCMEC | Keller |
|---|---|---|---|
| 1-1.jpeg | 9/8/20 | Apparent CP | CP |
| 4-1.gif | 9/2/20 | Age Difficult | CP |
| 5-1.jpeg | 9/1/20 | Age Difficult | Age Difficult |
| 97-1.jpeg | 1/16/20 | Age Difficult | CP |
| 118-1.jpeg | 12/6/19 | Apparent CP | Age Difficult |
| 120-1.jpeg | 12/6/19 | Not CP | Not CP |
| 125-1.jpeg | 11/8/19 | Age Difficult | CP |

14. Detective Keller states in the Warrant Application that he "determined that the reported user uploaded seven pictures of child sexual abusive material."

15. The Warrant Application was approved by a Circuit Judge on January 27, 2021. The warrant permitted a search of Mr. Williamson's residence and seizure of certain items, including electronic devices. *Id.* at p. 12-13. The Circuit Judge was not provided the actual images as part of the Warrant Application.

16. On January 27, 2021, Mr. Williamson's home was searched and he was arrested. He has remained in custody since that time.

## DISPUTED FACTS

1. Whether a human employee of Yahoo viewed the images at issue and whether that is relevant.

2. Who the identity of the human employee of Yahoo is that opened the images and whether that is relevant.

3. What content was viewed.

4. Whether a human employee of NCMEC viewed the images at issue and whether that is relevant.

5. Which images were viewed by a human employee of NCMEC.

6. The person's identity who viewed the images at NCMEC and whether that is relevant.

7. What contents were viewed by NCMEC.

8. Whether the vladlover50@yahoo.com e-mail account was logged out and, if so, when that log out occurred.

9. The amount of time Yahoo emails stay logged in, unless otherwise logged out for any reason.

Date: August 5, 2022

Respectfully submitted:

*/s/ Gus M. Centrone*
Gus M. Centrone (FB# 30151)
KYNES, MARKMAN & FELMAN, P.A.
P.O. Box 3396
Tampa, FL 33601-3396
Telephone: (813) 229-1118
Facsimile: (813) 221-6750
GCentrone@kmf-law.com

*Counsel for Defendant Gregory Allen Williamson*


*/s/ Erin Claire Favorit*
Erin Claire Favorit
Assistant United States Attorney
Florida Bar No. 104887
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6103
E-mail: erin.favorit@usdoj.gov

*Counsel for the United States*


**CERTIFICATE OF SERVICE**

I HERBY CERTIFY that on August 5, 2022, I electronically filed the foregoing with the Clerk of Court through the CM/ECF Filing System which will send a notice of electronic filing to all counsel of record.

/s/ Gus M. Centrone
Gus M. Centrone