UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    v.                                    CASE NO. 8:21-cr-355-WFJ-CPT

GREGORY ALLEN WILLIAMSON,

    Defendant.
_____/

## WITNESS LIST

Defendant Gregory Allen Williamson, by and through undersigned counsel, respectfully submit the following list of witnesses who may be called as witnesses for at the evidentiary hearing on Defendant's Motion to Suppress:

1. Detective James Keller
2. Representative from National Center for Missing & Exploited Children
3. Representative from Oath Holdings, Inc. (d/b/a Yahoo)
4. Unnamed Oath Holdings, Inc. (d/b/a Yahoo) Trust & Safety Moderator(s) Responsible for CyberTip Report #79384716)
5. Gregory Allen Williamson
6. Any witnesses listed on any parties' witness list
7. Any necessary rebuttal witnesses

                                        Respectfully submitted,

                                        /s/ *Gus M. Centrone*
                                        Gus M. Centrone, FBN 30151
                                        KYNES, MARKMAN & FELMAN, P.A.
                                        Post Office Box 3396
                                        Tampa, FL 33601
                                        (813) 229-1118
                                        (813) 221-6750
                                        GCentrone@kmf-law.com

                                        Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was furnished to all counsel of record by the CM/ECF System, on December 17, 2021.

/s/ *Gus M. Centrone*
Gus M. Centrone