**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

    v.                                      CASE NO. 8:21-cr-355-WFJ-CPT

GREGORY ALLEN WILLIAMSON,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF FILING**
**RETURNS OF SERVICE OF THIRD-PARTY SUBPOENAS**

Defendant, Gregory Williamson, through undersigned counsel, hereby files the attached returns of service for the subpoenas addressed to Oath Holdings, Inc. – Corporate Representative c/o CT Corporation System (Ex A), Oath Holdings, Inc. – Trust & Safety Moderators Responsible for Cyber Tip Report #79384716 (Ex B), and the National Center for Missing & Exploited Children c/o Northwest Registered Agent, LLC (Ex C).

                                            Respectfully Submitted,

                                            */s/ Gus M. Centrone*
                                            Gus M. Centrone (FBN 0030151)
                                            KYNES, MARKMAN & FELMAN, P.A.
                                            Post Office Box 3396
                                            Tampa, FL 33601
                                            (813) 229-1118
                                            (813) 221-6750
                                            GCentrone@kmf-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy was furnished to all counsel of record by the CM/ECF System, on September 6, 2022.

/s/ *Gus M. Centrone*
Gus M. Centrone