## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

    v.                                                CASE NO. 8:21-cr-355-WFJ-CPT

GREGORY ALLEN WILLIAMSON,

    Defendant.

_____/

### JOINT NOTICE REGARDING EVIDENTIARY HEARING

The United States and Defendant Gregory Allen Williamson, pursuant to this Court's September 7, 2022, Order (Doc. 83), respectfully submit this joint notice with respect to the upcoming evidentiary hearing regarding Defendant's pending Motion to Suppress (Doc. 44).

**1.**     **Status of Yahoo Employee**

The Government provided defense counsel with the name and e-mail address of Yahoo's outside counsel on September 7, 2022. Counsel promptly reached out to those attorneys by email and they responded by telephone on the afternoon of Friday, September 9, 2022. Defense counsel spoke with the attorney, Jake Sommer of ZwillGen PLLC, who provided the name and city of residence of the Trust & Safety Moderator involved in the CyberTipline Report at issue in this case. Yahoo's counsel confirmed that the employee no longer worked at Yahoo. He also took the position that, under California law (where Yahoo is based), he could not provide any further identifying information.

Defense counsel immediately ordered a skip-trace report on a rush basis through an investigator to obtain contact information. Defense counsel received the report back at 9:20 p.m. on Friday, September 9, 2022. Unfortunately, the report did not return a phone number and the only email address it provided returned a message as undeliverable. The report did provide a physical address and defense counsel has reached out to Yahoo's counsel to see if they will verify the address.

So as of the time of the filing of this Notice, defense counsel has obtained the employee's name, city of residence, and an unverified physical address, but has no way to make contact with the employee absent attempting service of a subpoena. Defense counsel requests that the Court schedule the evidentiary hearing no sooner than 3 weeks from the date of this Notice in order to attempt to learn additional contact information or otherwise attempt service at the one potential address for this witness.

**2.  Witness Availability**

A representative from NCMEC will be available to testify at the evidentiary hearing but has indicated that they are unavailable on the following dates: September 14-16, September 20-23, October 3-7, October 13-14, October 24-26.

A representative and counsel from Yahoo will be available beginning the week of September 22, 2022.

3.  **Attorney Availability**

Assistant United States Attorney, Co-Counsel Abigail King is unavailable the following dates: September 22, 23, 26, 27, October 5 and November 5, 2022.

Assistant United States Attorney, Erin Favorit has two sentencing hearings on the morning of October 26, 2022.

Date:  September 12, 2022

                                                 Respectfully submitted:

/s/ Gus M. Centrone
Gus M. Centrone (FB# 30151)
KYNES, MARKMAN & FELMAN, P.A.
P.O. Box 3396
Tampa, FL  33601-3396
Telephone: (813) 229-1118
Facsimile: (813) 221-6750
GCentrone@kmf-law.com

*Counsel for Defendant Gregory Allen Williamson*


/s/ Erin Claire Favorit
Erin Claire Favorit
Assistant United States Attorney
Florida Bar No. 104887
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6103
E-mail: erin.favorit@usdoj.gov

*Counsel for the United States*

## **CERTIFICATE OF SERVICE**

I HERBY CERTIFY that on September 12, 2022, I electronically filed the foregoing with the Clerk of Court through the CM/ECF Filing System which will send a notice of electronic filing to all counsel of record.

*/s/ Erin Claire Favorit*
Erin Claire Favorit
Assistant United States Attorney
Florida Bar No. 104887
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6103
E-mail: erin.favorit@usdoj.gov