# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

    v.                                            CASE NO. 8:21-cr-355-WFJ-CPT

GREGORY ALLEN WILLIAMSON,

    Defendant.
_____/

## UNOPPOSED MOTION FOR ISSUANCE OF SUBPOENAS

Defendant Gregory Allen Williamson, by and through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure, files this unopposed motion for leave to issue subpoenas for witness testimony at the October 11, 2022 hearing on Mr. Williamson's Motion to Suppress, Doc. 44. The grounds for this motion are as follows:

## MEMORANDUM

1. Mr. Williamson was arrested on or about November 17, 2021, pursuant to an Indictment and supporting affidavit alleging violations of 18 U.S.C. § 2422(b), 18 U.S.C. § 2252(a), 18 U.S.C. § 2252(a)(2), and 18 U.S.C. § 2252(a)(4)(B).

2. This case arises from a report from Oath Holdings d/b/a Yahoo! ("Yahoo!") to the National Center for Missing and Exploited Children ("NCMEC") through its CyberTipline reporting system. That report was subsequently reported to law enforcement and resulted in Mr. Williamson's arrest.

3. Mr. Williamson filed a motion to suppress raising several issues, including whether a private search occurred by either Yahoo or NCMEC that may give law enforcement the right to view the images at issue in this matter, and whether those organizations are state actors. Doc. 44.

4. As set forth in the parties Joint Notice of Stipulated Facts, Doc. 66, there is a dispute regarding what images were viewed and by whom, as well as whether Yahoo and/or NCMEC are state actors.

5. As discussed at the Prehearing Conference on September 7, 2022, the Government intends to subpoena a representative from NCMEC and Yahoo. Defendant therefore intends to subpoena Detective Keller and Jessica Hines, the former Yahoo employee who allegedly undertook the private search that led to the Cybertip report.

6. An evidentiary hearing on the Motion to Suppress is currently scheduled for October 11, 2022. The testimony of those witnesses is crucial to resolving the issues raised in the Motion to Suppress.

7. Copies of the subpoenas Defendant seeks to have issued by the Clerk are attached as **Exhibit A**.

8. Undersigned counsel conferred with Assistant United States Attorney, Erin Favorit, who does not oppose the relief requested herein.

# MEMORANDUM OF LAW

Under Federal Rule of Criminal Procedure 17, the Court may permit the Clerk to issue subpoenas for in-court testimony. As discussed above, the testimony of witnesses Keller , along with any supporting documents, is critical to the resolution of the merits of the Motion to Suppress.

WHERFORE, Defendant respectfully requests that this Court grant this Motion, enter an Order permitting the issuance of subpoenas to Detective Keller and Jessica Hines for testimony and documents that are attached as Exhibit A, and that the Court grant such other relief as it deems necessary and proper.

Dated: September 19, 2022                  Respectfully Submitted,

                                      /s/ Gus Centrone
                                      Gus M. Centrone, Fla Bar No. 30151
                                      KYNES, MARKMAN & FELMAN, P.A.
                                      Post Office Box 3396
                                      Tampa, Florida 33601-3396
                                      Telephone: (813) 229-1118
                                      Facsimile: (813) 221-6750
                                      GCentrone@kmf-law.com

                                      *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 19, 2022, I presented the foregoing Motion to the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, and uploading in the CM/ECF system.

/s/ Gus Centrone
Gus M. Centrone

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that she has conferred with counsel for the Government, Assistant United States Attorney Erin Favorit, who does not oppose the requested relief.

/s/ Gus Centrone
Gus M. Centrone
