UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 8:21-cr-00355-WFT-CPT

GREGORY WILLIAMSON

## GOVERNMENT'S WITNESS LIST

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. Jennifer Newman, National Center for Missing and Exploited Children
2. Ashley Guizzotti, Yahoo! Inc.
3. Detective James Keller
4. Jessica Hines

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ Erin Claire Favorit*
      Erin Claire Favorit
      Assistant United States Attorney
      Florida Bar No. 104887
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone:  (813) 274-6000
      Facsimile:   (813) 274-6358
      E-mail: erin.favorit@usdoj.gov

U.S. v. Gregory Williamson          Case No. 8:21-cr-00355-WFT-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Gus Centrone, Esq.

By:    */s/ Erin Claire Favorit*
       Erin Claire Favorit
       Assistant United States Attorney
       Florida Bar No. 104887
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: erin.favorit@usdoj.gov