UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,   Case No. 8:21-cr-00355-WFT-CPT

Plaintiff,       ☐
Government    ☒         ☒ Evidentiary
                        ☐ Trial
                        ☐ Other

v.

GREGORY WILLIAMSON

Defendant       ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | NCMEC CyberTipline Report 79384716 |
| 2 | | | | Residential Search Warrant (1/27/2021) |
| 3 | | | | Yahoo Declaration |
| 4 | | | | NCMEC Declaration |
| 5 | | | | Yahoo Terms of Service |
| 6 | | | | Yahoo Search Warrant (12/1/2020) |

Case No.: 8:21-cr-00355-WFT-CPT												Page 2 of 2 Pages

**EXHIBIT LIST - Continuation Sheet**