# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

    v.                                  CASE NO. 8:21-cr-355-WFJ-CPT

GREGORY ALLEN WILLIAMSON,

    Defendant.

_____/

## DEFENDANT'S EXHIBIT LIST

☐ Government   ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Court   ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| A | 9/7/22 | | Any | CyberTipline Report |
| B | 9/7/22 | | Any | Residence Warrant Application & Warrant |
| C | 9/7/22 | | Any | Yahoo Warrant Application & Warrant |
| D | 9/7/22 | | Any | Yahoo! Login Report |
| E | 9/7/22 | | Any | Verizon Digital Safety Policy |
| F | 9/7/22 | | Any | NCMEC 2021 Annual Report |
| G | 9/7/22 | | Any | Yahoo Transparency Guide |
| H | 9/7/22 | | Any | Yahoo Compliance Guide for Law Enforcement |

Defendants may also seek admission of any of relevant exhibits presented by any other party at the hearing or any document necessary for impeachment. Further, Defendant has issued subpoenas duces tecum requesting witnesses bring documents to the hearing and therefore reserves the right to introduce any of those documents as exhibits as well.

Respectfully submitted,

/s/ *Gus M. Centrone*
Gus M. Centrone, FBN 30151
KYNES, MARKMAN & FELMAN, P.A.
Post Office Box 3396
Tampa, FL 33601
(813) 229-1118
(813) 221-6750
GCentrone@kmf-law.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that on October 7, 2022, I electronically filed the foregoing with the Clerk of Court through the CM/ECF Filing System which will send a notice of electronic filing to all counsel of record.

/s/ Gus M. Centrone
Gus M. Centrone