**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

     v.                                     CASE NO. 8:21-cr-355-WFJ-CPT

GREGORY ALLEN WILLIAMSON,

     Defendant.

_____/

## <u>WITNESS LIST</u>

Defendant Gregory Allen Williamson, by and through undersigned counsel, respectfully submit the following list of witnesses who may be called as witnesses for at the evidentiary hearing on Defendant's Motion to Suppress:

1. Detective James Keller
2. Representative from National Center for Missing & Exploited Children
3. Representative from Oath Holdings, Inc. (d/b/a Yahoo)
4. Jessica Hines  (former Yahoo Trust & Safety Moderator)
   Responsible for CyberTip Report #79384716)
5. Gregory Allen Williamson
6. Any witnesses listed on any parties' witness list
7. Any necessary rebuttal witnesses

                          Respectfully submitted,

                          /s/ Gus M. Centrone
                          Gus M. Centrone, FBN 30151
                          KYNES, MARKMAN & FELMAN, P.A.
                          Post Office Box 3396
                          Tampa, FL 33601
                          (813) 229-1118
                          (813) 221-6750
                          GCentrone@kmf-law.com

Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I HERBY CERTIFY that on October 7, 2022, I electronically filed the foregoing with the Clerk of Court through the CM/ECF Filing System which will send a notice of electronic filing to all counsel of record.


/s/ *Gus M. Centrone*
Gus M. Centrone