UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    v.                                       CASE NO. 8:21-cr-355-WFJ-CPT

GREGORY ALLEN WILLIAMSON,

    Defendant.
_____/

## NOTICE OF EVIDENCE TO BE SUPPRESSED

Defendant Gregory Allen Williamson, by and through undersigned counsel, hereby states that, should the Court grant Defendant's pending Motion to Suppress, Doc. 44, such evidence to be suppressed includes:

- Any and all evidence gathered from the Williamson residence as a result of the issuance of the January 27, 2021 search warrant, including without limitation all data gathered from any electronic device collected during the execution of that search.

- Any and all evidence gathered as a result of the December 1, 2020 search warrant issued to Oath Holdings Inc.

The filing of this notice is not to be deemed as a concession that the materials sought to be suppressed would otherwise be admissible as evidence.

Date: October 7, 2022

Respectfully Submitted,

/s/ Gus M. Centrone
Gus M. Centrone (FBN 0030151)
gcentrone@kmf-law.com
KYNES, MARKMAN & FELMAN, P.A.
Post Office Box 3396
Tampa, Florida 33601-3396
Telephone: (813) 229-1118
Facsimile: (813) 221-6750

*Counsel for Defendant Lori Ann Nademus*

## **CERTIFICATE OF SERVICE**

I HERBY CERTIFY that on October 7, 2022, I electronically filed the foregoing with the Clerk of Court through the CM/ECF Filing System which will send a notice of electronic filing to all counsel of record.

/s/ Gus M. Centrone
Gus M. Centrone