UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:21-cr-355-WFJ-CPT

GREGORY ALLEN WILLIAMSON
_____/

**O R D E R**

Before the Court is Defendant Gregory Allen Williamson's *Motion to Suppress*. (Doc. 44). The Court held an evidentiary hearing on the matter on October 11, 2022. For the reasons discussed at the hearing, it is hereby ORDERED:

1. Each party shall submit a legal memorandum within fourteen (14) days of their receipt of the transcript of the October 11 hearing or by November 25, 2022, whichever date is earlier.

2. The parties' legal memoranda shall set forth a complete set of proposed findings of fact and conclusions of law, the former of which shall be supported by citations to the specific page(s) and line(s) of the hearing transcript and/or the specific page(s) of the exhibit(s) admitted into evidence. The parties' legal memoranda shall also contain all facts and legal authority that the parties wish the Court to consider and shall not incorporate by reference any prior legal memoranda submitted to the Court.

3.  Mr. Williamson's legal memorandum shall additionally include an attachment listing the specific items of evidence he seeks to suppress by way of his motion (e.g., computer, camera, etc.).

SO ORDERED in Tampa, Florida on this 12th day of October 2022.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record