# EXHIBIT B

# POLICE NORTH PORT
"Providing for a safe community"

4980 City Hall Boulevard
North Port, FL 34286
(941) 429-7300

**PROPERTY RECEIPT**

PC#: _____

Date: 1/27/21  Time: _____  Inc Type: Search Warrant  Case #: 20-099177

Location/Address where property obtained: 2575 Rolling Rd

PROPERTY ☐ SAFEKEEPING ☐ RELEASE TO: _____ on __/__/__ ☑ EVIDENCE

Defendant 1: _____  Defendant 2: _____

Owner: _____  Phone ( )
Address: _____

Finder: _____  Phone ( )
Address: _____

ATTN FINDER: FSS 705 allows you to claim found property after a 90-day period has passed, you may pay an advertisement fee (if applicable), and a true owner cannot be found.

| Item # | Qty | Description (Size, Weight, Color, Make, Model, Serial Number) | Bin # |
|---|---|---|---|
| 1 | 1 | one (1) cellphone - Android - blk/gold in color - marker 1 | |
| 2 | 1 | one (1) Gateway all-in-one computer S/N: DQGD7AA0642480088663OO - marker 2 | |
| 3 | 1 | one (1) ASUS laptop S/N: K1N0CV04C995021 w/ charging cord - marker 3 | |
| 4 | 1 | one (1) Apple iPhone, yellow in color, in a clear flower case - marker 4 | |
| 5 | 1 | one (1) SIM card - marker 5 | |
| 6 | 1 | one (1) Lenovo ideapad 320, FCCID: TX2-RTL8821AE - marker 6 | |
| 7 | 1 | one (1) ASUS laptop SN: GAN0GR047611436 - marker 7 | |
| 8 | 1 | one (1) Apple iPad S/N: F4LMCEDTFCM8 - in a pink and black in color case - marker 8 | |
| 9 | 1 | one (1) Contixo 16G tablet S/N: V82G2004509805 in a pink in color case - marker 9 | |
| 10 | 1 | one (1) Samsung cellphone in a red in color case - marker 10 | |
| 11 | 1 | one (1) Toshiba laptop, S/N: XC350105R - marker 11 | |

Additional Comments: _____  1/28/2021 RS

I acknowledge that the above list represents all property taken from my possession and I have received a copy of this receipt by signing below.

| Item # | Date | Time | Released By | Date | Time | Received By | Location / Reason / Disposition |
|---|---|---|---|---|---|---|---|
| 1-11 | 1/27/21 | | Search Warrant | 1/27/21 | | Taylor 297 | Evidence |
| 1 | 1/27/21 | | Taylor 297 | 1/27/21 | | | FBI |
| 2+10 | 1/27/21 | | Taylor 297 | 1/27/21 | | Wallace | SP Forensic Lab |
| 3-9, 11 | 1/28/21 | | Taylor 297 | 1/28/21 | | Locker 31 | Evidence Submission |
| 3-9, 11 | 1/28/21 | | Locker 31 | 1/28/21 | | RSchauble 432 | |
| 3-9, 11 | 1/28/21 | | RSchauble 432 | 1/28/21 | | Location-D-53 | Evidence |

Officer: C. Taylor  ID#: 297  Supervisor: _____  ID#: _____

White – PROPERTY    Yellow – RECORDS    Pink – FINDER/CLAIMANT

NPPD-105
Revised 08/28/2020

A Florida Law Enforcement Accredited Agency

Page 1 of 1

DISC-01061

# POLICE NORTH PORT
"Providing for a safe community"

4980 City Hall Boulevard
North Port, FL 34286
(941) 429-7300

## PROPERTY RECEIPT

PC#: _____

Date: 1 /27/ 21   Time: _____   Inc Type: Search Warrant   Case #: 20-099177

Location/Address where property obtained: 2575 Rolling Rd

PROPERTY  ☐ SAFEKEEPING  ☐ RELEASE TO: _____ on ___/___/___  ☑ EVIDENCE

Defendant 1: _____   Defendant 2: _____

Owner: _____   Phone ( )
Address: _____

Finder: _____   Phone ( )
Address: _____

ATTN FINDER: FSS 705 allows you to claim found property after a 90-day period has passed, you may pay an advertisement fee (if applicable), and a true owner cannot be found.

| Item # | Qty | Description (Size, Weight, Color, Make, Model, Serial Number) | Bin # |
|---|---|---|---|
| 12 | 1 | one (1) Samsung cellphone IMEI: 359010 330 221090 - marker 12 | |
| 13 | 1 | one (1) Samsung Galaxy S8+, IMEI: 355989 084 204659 - marker 13 | |
| 14 | 1 | one (1) ASUS laptop, S/N F4NLCX038486144 - marker 14 | |
| 15 | 1 | one (1) stack of CD/DVDs - marker 15 | |
| 16 | 1 | one (1) WD Blue Harddrive - S/N - WCC3F1486220 - marker 16 | |
| 17 | 1 | one (1) Seagate Harddrive - S/N 9VMXC2EJ - marker 17 | |
| 18 | 1 | one (1) ACER Aspire Computer tower - S/N: DTSUVAA00240996 19D3000 - marker 18 | |
| 19 | 1 | one (1) Lexar Micro SD card and adapters - marker 19 | |
| 20 | 1 | one (1) SanDisk 8GB SD card - marker 20 | |

Additional Comments: _____

I acknowledge that the above list represents all property taken from my possession and I have received a copy of this receipt by signing below.

| Item # | Date | Time | Released By | Date | Time | Received By | Location / Reason / Disposition |
|---|---|---|---|---|---|---|---|
| 12-20 | 1/27/21 | | Search Warrant | 1/27/21 | | Taylor 297 | Evidence |
| 12 | 1/27/21 | | Taylor 297 | 1/27/21 | | Wilbur | Forensic Lab |
| 13-20 | 1/28/21 | | Taylor 297 | 1/28/21 | | Locker 31 | Evidence Submission |
| 13-20 | 1/28/21 | | Locker 31 | 1/28/21 | | R Schauble 432 | |
| 13-20 | 1/28/21 | | R Schauble #432 | 1/28/21 | | Location: D-53 | Evidence |

Officer: C. Taylor   ID#: 297   Supervisor: _____   ID#: _____

White – PROPERTY    Yellow – RECORDS    Pink – FINDER/CLAIMANT

NPPD-105
Revised 08/28/2020

A Florida Law Enforcement Accredited Agency

Page 1 of 1

DISC-01063

# POLICE NORTH PORT
"Providing for a safe community"

4980 City Hall Boulevard
North Port, FL 34286
(941) 429-7300

## PROPERTY RECEIPT

PC#: _____

Date: 4/20/21  Time: 1500  Inc Type: Sex Batt/Child Porn  Case #: 20-099177

Location/Address where property obtained: NPPD

PROPERTY ☐ SAFEKEEPING ☐ RELEASE TO: _____ on __/__/__ ☒ EVIDENCE

Defendant 1: _____  Defendant 2: _____

Owner: _____  Phone ( )
Address: _____

Finder: _____  Phone ( )
Address: _____

ATTN FINDER: FSS 705 allows you to claim found property after a 90-day period has passed, you may pay an advertisement fee (if applicable), and a true owner cannot be found.

| Item # | Qty | Description (Size, Weight, Color, Make, Model, Serial Number) | Bin # |
|---|---|---|---|
| 1 | 1 | Samsung Galaxy 8+ Marker #13  PR# 210004160009 | |

Additional Comments: To SSO to be unlocked. Obtained under a residential search warrant + included devices.

I acknowledge that the above list represents all property taken from my possession and I have received a copy of this receipt by signing below.

| Item # | Date | Time | Released By | Date | Time | Received By | Location / Reason / Disposition |
|---|---|---|---|---|---|---|---|
| 1 | 4-20-21 | 1501 | DFU-NPPD | 4-20-21 | 1501 | Keller #304 | NPPD DFL |
| 1 | 4-21-21 | 1313 | Keller #304 | 4-21-21 | 1313 | Trenoll 2955 | SSO Digital Forensics |
| 1 | 4/29/21 | 1503 | J. Hill 3402 | 4/29/21 | 1503 | Keller 304 | SSO |
| 1 | 4/29/21 | 1710 | Keller #304 | 4/29/21 | 1710 | Locker #11 | NPPD P/E |
| 1 | 4-30-2021 | | Locker 11 | 4-30-2021 | | J. Hill | |
| 1 | 4-30-2021 | | J. Hill | 4-30-2021 | | Location A53 | Evidence |

Officer: Det. /s/ T. Hill  ID#: 304  Supervisor: _____ Entered APR 30 2021  ID#: _____

White – PROPERTY    Yellow – RECORDS    Pink – FINDER/CLAIMANT

NPPD-105
Revised 08/28/2020

A Florida Law Enforcement Accredited Agency

Page 1 of 1

DISC-01067

# POLICE NORTH PORT
"Providing for a safe community"

4980 City Hall Boulevard
North Port, FL 34286
(941) 429-7300

## PROPERTY RECEIPT

PC#: _____

Date: 01/27/21   Time: 1500   Inc Type: ICAC   Case #: 20-099177

Location/Address where property obtained: 2575 Rolling Rd. North Port, FL

PROPERTY  ☐ SAFEKEEPING  ☐ RELEASE TO: _____ on __/__/__  ☒ EVIDENCE

Defendant 1: Gregory Williamson          Defendant 2: _____

Owner: _____                              Phone ( )
Address: _____

Finder: _____                             Phone ( )
Address: _____

ATTN FINDER: FSS 705 allows you to claim found property after a 90-day period has passed, you may pay an advertisement fee (if applicable), and a true owner cannot be found.

| Item # | Qty | Description (Size, Weight, Color, Make, Model, Serial Number) | Bin # |
|---|---|---|---|
| 1 | 1 | Samsung Galaxy Note  FCCID: A3LSMN950U | |

Additional Comments: _____

I acknowledge that the above list represents all property taken from my possession and I have received a copy of this receipt by signing below.

| Item # | Date | Time | Released By | Date | Time | Received By | Location / Reason / Disposition |
|---|---|---|---|---|---|---|---|
| 1 | 1-27-21 | — | S/W Taylor 297 | 1-27-21 | — | S/W FBI SA Sloan | 2575 Rolling |
| 1 | 1-27-21 | 1700 | FBI SA Sloan | 1-27-21 | 1700 | SSO Werden | SSO DFL |
| 1 | 2-4-21 | 0958 | Justin Hunt SSO | 2-4-21 | 0958 | Keller | SSO DFL |
| 1 | 2-4-21 | — | Kallen Sgt | 2-4-21 | — | Locker #4 | NPPD P/E |
| 1 | 2-5-21 | | Locker #432 | 2-5-21 | | RSchauble 432 | |
| 1 | 2-5-21 | | RSchauble 432 | 2-5-21 | | Location: D-47 | Evidence |

Officer: _____ ID#: 304  Supervisor: _____ ID#: _____

White – PROPERTY        Yellow – RECORDS        Pink – FINDER/CLAIMANT

NPPD-105
Revised 08/28/2020

*A Florida Law Enforcement Accredited Agency*

Page 1 of 1

DISC-01072

# POLICE NORTH PORT
"Providing for a safe community"

4980 City Hall Boulevard
North Port, FL 34286
(941) 429-7300

**PROPERTY RECEIPT**

PC#: _____

Date: 1/27/21   Time: _____   Inc Type: Search Warrant   Case #: 20-09177

Location/Address where property obtained: 2575 Bolling Rd

PROPERTY ☐ SAFEKEEPING ☐ RELEASE TO: _____ on __/__/__ ☑ EVIDENCE

Defendant 1: _____   Defendant 2: _____

Owner: Aliona Williamson   Phone ( )
Address: _____

Finder: _____   Phone ( )
Address: _____

ATTN FINDER: FSS 705 allows you to claim found property after a 90-day period has passed, you may pay an advertisement fee (if applicable), and a true owner cannot be found.

| Item # | Qty | Description (Size, Weight, Color, Make, Model, Serial Number) | Bin # |
|---|---|---|---|
| 1 | 1 | one (1) Samsung Cellphone in a red in color case - marker 10 | |

Additional Comments: Device obtained during search warrant. Examined while on scene, returned to owner after analysis.

I acknowledge that the above list represents all property taken from my possession and I have received a copy of this receipt by signing below.

| Item # | Date | Time | Released By | Date | Time | Received By | Location / Reason / Disposition |
|---|---|---|---|---|---|---|---|
| 1 | 1/27/21 | 1830 | Wallace | 1/27/21 | 1830 | [signature] | Return to Owner |

Officer: L. Wallace   ID#: 163   Supervisor: _____   ID#: _____

White – PROPERTY   Yellow – RECORDS   Pink – FINDER/CLAIMANT

NPPD-105
Revised 08/28/2020

A Florida Law Enforcement Accredited Agency

Page 1 of 1

DISC-01056