UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               Case No. 8:21-cr-00355-WFJ-CPT

GREGORY WILLIAMSON

### UNITED STATES' *UNOPPOSED* MOTION FOR PROTECTION

The United States of America respectfully asks this Court for protection from trial in the above-captioned case from March 6, 2023, through March 10, 2023. The grounds for this motion are stated below:

1. The above listed case is currently set on this Honorable Court's trial calendar for the March 2023 trial term.

2. The undersigned has a minor surgery expected to take place the first week of March 2023 and respectfully asks for protection from trial during that time.

3. Defense counsel for Mr. Williamson has no objection to this motion.

Wherefore, the United States requests protection from trial from March 6, 2023, through March 10, 2023.

                    Respectfully submitted,

                    ROGER B. HANDBERG
                    United States Attorney

By:   *s/ Erin Claire Favorit*
       Erin Claire Favorit
       Assistant United States Attorney
       Fla. Bar No. 104887
       United States Attorney's Office
       Middle District of Florida
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602
       Tel: (813) 274-6322
       Fax: (813) 274-6187
       E-mail: erin.favorit@usdoj.gov

United States v. Gregory Williamson         Case No. 8:21-cr-00355-WFJ-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Gus Centrone, Esq.

                                        */s/ Erin Claire Favorit*
                                        Erin Claire Favorit
                                        Assistant United States Attorney
                                        Fla. Bar No. 104887
                                        United States Attorney's Office
                                        Middle District of Florida
                                        400 N. Tampa Street, Suite 3200
                                        Tampa, Florida 33602
                                        Tel: (813) 274-6322
                                        Fax: (813) 274-6187
                                        E-mail: erin.favorit@usdoj.gov