UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    v.                           CASE NO. 8:21-cr-00355-WFJ-CPT

GREGORY ALLEN WILLIAMSON,

    Defendant.
_____/

**DEFENDANT GREGORY WILLIAMSON'S**
**PROPOSED COURT VOIR DIRE**

Defendant Gregory Williamson, by and through undersigned counsel, submits the following questions for the Court's voir dire of the venire in the trial scheduled to commence on or about March 27, 2023:

1. How are you employed?

2. Do you have, or have you had any supervisory or managerial responsibilities in your job?

   a. If yes, please describe the nature of your supervisory or managerial responsibilities and how many people you managed or supervised.

3. Have you ever participated in the investigation of a person or of an incident, in the role of the investigator, or as a witness during the course of any past or present employment?

4. What is your spouse's occupation and how has s/he been employed outside the home for the past ten (10) years?

5. If you share living accommodations with another adult, other than your spouse, please indicate if he or she is employed and the nature of his or her employment.

6. Have you or a spouse ever been in any branch of the armed forces of the United States, including the military reserves or National Guard?

7. If you have children and/or step-children over the age of 18, where are they employed and what is the nature of their employment?

8. Have you or your spouse ever had any legal training?

   a. If yes, please tell us about that training.

9. Have you, a spouse or a relative ever had any training in law enforcement?

    a. If yes, please describe the training.

10. Have you ever applied or do you have any plans to apply to any federal, state or local law enforcement agency for a job?

    a. If yes, please describe the position, the agency, the time you applied and the result or status of your application.

11. Have you, a family member, or a close friend ever held a job with any federal, state or local law enforcement agency?

    a. If yes, please describe the position, the agency and the dates you, your family member or friends held the position.

12. Have you, a family member, or a close friend ever held an employment or volunteer position with a victim's advocacy group?

    a. If yes, please describe the position, the agency and the dates you, your family member or friends held the position.

13. Have you or any member of your family or any close friend been the victim of a crime? If yes, please ask the following:

    a. What type of crime was it?

    b. What was your relationship to the victim?

    c. Was anyone apprehended?

d. Did the matter go to trial?

e. Did you have to testify?

f. Were you satisfied in the way the matter was handled? Please explain why or why not.

14. Have you or anyone you know been a witness in a criminal case or a witness before a grand jury?

15. Have you, a family member or friend ever served on a Grand Jury?

    a. Federal or State?

    b. Date and location?

    c. Were you the foreperson?

16. Have you ever served on a trial jury in state or federal court before? If yes, for each case please answer the following:

    a. Was it a civil or criminal case?

    b. Did the jury reach a verdict?

    c. Were you the foreperson?

    d. Is there anything about your past service as juror. that would make it difficult for you to sit as a juror in this case?

17. Have you or any member of your family or any friend made any claims against any federal, state or local government agency? If yes, please provide details.

18. Have any claims been made by any federal, state or local government agencies against you, or any member of your family? If yes, please provide details.

19. Are you presently involved as either a plaintiff or the defendant in any case in any court?

20. Have you or any member of your family ever been the subject of a criminal investigation? If yes, please provide details.

21. Have you, a family member or close friend ever been accused of, charged with, convicted of, or pleaded guilty to any crime, or been the subject of a criminal investigation other than a minor traffic violation? If yes, please explain.

22. If you answered yes to questions 21 or 22, do you believe the accused was treated fairly?

23. Do you personally know the Defendant in this case?

24. Do you know any attorneys or staff who now work or did work in the United States Attorney's Office for the Middle District of Florida or in any other prosecutor's office?

    a. If yes, who do you know?

    b. What is your relationship to this person(s)?

25. To the best of your knowledge, have you or any family member, or any of your close friends, had any experience with any of the following agencies? FBI, North Port Police Department, NCMEC.

26. What are your thoughts about police officers?

27. Do you believe that a federal officer is different than a local Police officer or Sheriff?

28. Do you know any of the attorneys who are present in court today?

29. Were you or do you know someone who was the victim of a sexual offense?

30. Have you ever participated in internet chat rooms? Sex related chat rooms? Whether via a phone or computer?

31. Do you use your cell phone to access social media applications?

32. Do you have a negative opinion of someone who participates in sexual chats or messaging?

33. Do you have a negative opinion of pornography or someone who views pornography?

34. Do you consider yourself technologically inclined?

35. Do you believe that a person charged with a crime must have done something wrong because he has been charged with a crime?

36. Because the burden of proof is only on the government, a defendant does not have to testify or explain anything; and no inference of any kind can be drawn if a defendant decides not to testify. Should a defendant not testify, would this in any way affect your ability to be fair and impartial if you are chosen as a juror in this case? If yes, please explain.

37. In a criminal case, a defendant is presumed to be innocent and this presumption of innocence accompanies a defendant throughout every stage of the trial. The burden of proof is on the government to prove a defendant guilty beyond and to the exclusion of every reasonable doubt, and the burden of proving innocence never shifts to the defendant. Do you understand these principles of law, and if so, will you abide by them?

38. Will you require the government to prove the defendant guilty beyond and to the exclusion of every reasonable doubt before you would vote to convict him?

39. Do you expect to hear from the defendant?

40. Do you feel that the testimony of a law enforcement officer is more believable than the testimony of an ordinary person?

41. If, after a fair consideration of all the evidence in this case, you have a reasonable doubt of the guilt of the defendant, either arising from the

evidence or from the lack of evidence, will you vote to acquit the defendant and find the defendant not guilty?

42. The government has the burden of proof in this case and will put on its evidence first. The defendant will not have an opportunity to present any evidence until the government closes its case. For this reason, will you keep an open mind in this case and not come to any conclusion as to the guilt of any defendant until you have heard all the evidence, the arguments and counsel, and the instructions on the law from this court?

43. This is a criminal case and the verdict of the jury must be unanimous. Will each of you consider the evidence and the law in this case yourself?

44. After discussing the evidence and the law with your fellow jurors, will you yield your opinion merely because other jurors do not have the same opinion that you have?

45. All persons charged with a crime are entitled to representation by effective counsel. Do you have any feelings about attorneys generally or lawyers who practice criminal law specifically feelings which would affect your decision of this case?

46. As I previously mentioned to you, the defendant is presumed innocent of the charges contained in the indictment and this presumption of

innocence accompanies him throughout every stage of the trial until he is proven guilty beyond and to the exclusion of every reasonable doubt which burden rests entirely upon the government. The defendant has pled not guilty to the charges contained in the indictment and he is not required to present any evidence of innocence, neither is the defendant required to testify, and no unfavorable inference may be drawn by you if any defendant chooses not to testify at the trial. Do each of you understand these principles of law? If so, will you abide by them?

47. Do you have any religious, moral, or ethical beliefs or feelings that might would prevent you from sitting in judgment of others by serving as a juror in this case?

48. Can you think of any reason that would prevent you from being able to render a fair and impartial verdict based solely on the evidence and law as the Court will instruct at the conclusion of the case? If yes, please explain.

49. Is there anything going on in your life either at home or at work that might cause you to be distracted if you were selected to sit as a juror on this case? If yes, please explain.

50. Is there anything you can think of that you wish to bring to the Court's attention regarding your service as a juror on this case? If yes, please explain.

51. Would you like to serve on this jury now that you have been summoned?

/s/ Gus M. Centrone
Gus M. Centrone, Fla Bar No. 30151
KYNES, MARKMAN & FELMAN, P.A.
Post Office Box 3396
Tampa, FL 33601
(813) 229-1118
(813) 221-6750
GCentrone@kmf-law.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HERBY CERTIFY that on February 28, 2023, I electronically filed the foregoing with the Clerk of Court through the CM/ECF Filing System which will send a notice of electronic filing to all counsel of record.

/s/ Gus M. Centrone
Gus M. Centrone