# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

    v.                                                CASE NO. 8:21-cr-355-WFJ-CPT

GREGORY ALLEN WILLIAMSON,

    Defendant.
_____/

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY
## IN SUPPORT OF SECOND MOTION TO SUPPRESS

Defendant, Gregory Allen Williamson, invites the attention of the Court to *United States v. Irving*, 347 F. Supp. 3d 615 (D. Kan. 2018), attached as Exhibit A to this Notice of Supplemental Authority, in support of the pending Second Motion to Suppress. Doc. 134. In *Irving*, the Court held that a warrant to a social media company was "overly broad" and "akin to a general warrant rummaging." 347 F. Supp. 3d at 624. In addition, the Court held that the good-faith exception did not apply because "[a] reasonably well-trained officer should know that a warrant must provide guidelines for determining what evidence may be seized." *Id*. at 625.

Dated: May 10, 2023        Respectfully submitted:

/s/ Gus M. Centrone
Gus M. Centrone (FB# 30151)
KYNES, MARKMAN & FELMAN, P.A.
P.O. Box 3396
Tampa, FL  33601-3396
Telephone: (813) 229-1118
Facsimile: (813) 221-6750
GCentrone@kmf-law.com

*Counsel for Defendant Gregory Allen Williamson*

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that on May 10, 2023, I electronically filed the foregoing with the Clerk of Court through the CM/ECF Filing System which will send a notice of electronic filing to all counsel of record.

/s/ Gus M. Centrone
Gus M. Centrone