UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:21-cr-355-WFJ-CPT

GREGORY ALLEN WILLIAMSON,

    Defendant.
_____/

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Pursuant to Middle District of Florida Local Rule 2.02(c), undersigned counsel, Gus M. Centrone, Esq., and Kynes, Markman & Felman, P.A., respectfully request this Court enter an order terminating their representation of Defendant, Gregory Williamson. The grounds supporting this motion are set forth in the following Memorandum.

### MEMORANDUM

Mr. Williamson was arrested on or about November 17, 2021, pursuant to an Indictment and supporting affidavit alleging violations of 18 U.S.C. § 2422(b), 18 U.S.C. § 2252(a), 18 U.S.C. § 2252(a)(2), and 18 U.S.C. § 2252(a)(4)(B). Doc. 1. At his initial appearance on November 19, 2021, Mr. Williamson pled not guilty to all eight counts and this Court ordered him to remain detained. Docs. 12, 15.

Assistant Federal Defender Percy King, was appointed to represent Mr. Williamson at the hearing. Doc. 12. On January 19, 2022, Mr. King filed a motion to withdraw. Doc. 30. On January 31, 2022, the Court entered an order granting Mr.

King's withdrawal and appointing undersigned counsel as CJA counsel for Mr. Williamson. Docs. 34, 35.

The trial in this matter is currently scheduled for the September 2023 trial term. Doc 157. Undersigned counsel has been diligently working on this matter and has had numerous meetings with Mr. Williamson. However, irreconcilable differences have arisen that make it impossible for undersigned counsel to continue to represent Mr. Williamson in this matter.[1]

While counsel's withdrawal in this matter is necessary, counsel wishes to ensure that his withdrawal from this representation does not prejudice Mr. Williamson and requests new counsel be appointed to represent Mr. Williamson. Undersigned counsel will assist new counsel in preparing for trial as much as requested in order to minimize any potential delays.

Middle District of Florida Local Rule 2.02(c)(1)(B)(i) requires that counsel filing a motion to withdraw certify that the client has been provided fourteen days' notice of counsel's intention to withdraw, or that the client consents to the withdrawal. Counsel notified Mr. Williamson of his intention to withdraw from the representation via an attorney-client privileged e-mail dated August 24, 2023.

---

[1] These differences arose during several attorney/client letters/emails and therefore undersigned is prohibited from sharing the substance of the letters. However, counsel represents as an officer of the Court that the nature of these differences is substantial and definitively precludes counsel's further representation of Mr. Williamson in this matter.

2

As the granting of this motion may result in Mr. Williamson proceeding pro se, until counsel is appointed pursuant to Local Rule 2.02(c)(1)(B)(ii), the mailing address at which Mr. Williamson should be served with papers in this case is provided here:

Gregory Williamson, #HCSO23JBN001566
Hernando County Jail
16425 Spring Hill Drive
Brooksville Fl 34604

## CONCLUSION

For these reasons, undersigned counsel, Gus M. Centrone, Esq., and Kynes, Markman & Felman, P.A., respectfully request this Court enter an order terminating their representation of Mr. Williamson.

### Rule 3.01(g) Certification

Undersigned counsel conferred with Counsel for the United States of America, Assistant United States Attorney Erin Favorit, who defers to the Court as to the granting of this motion.

Respectfully submitted,

/s/ *Gus M. Centrone*
Gus M. Centrone (FB# 30151)
KYNES, MARKMAN & FELMAN, P.A.
P.O. Box 3396
Tampa, FL  33601-3396
Telephone: (813) 229-1118
Facsimile: (813) 221-6750
GCentrone@kmf-law.com

## **CERTIFICATE OF SERVICE**

This is to certify that on August 28, 2023, a true and correct copy of the above and foregoing motion was filed with the Court's electronic filing system which will send a notice of filing to all counsel of record. Additionally, on August 28, 2023, this motion was served by United States Mail on the Defendant, Gregory Williamson, at the address below:

>Gregory Williamson, #HCSO23JBN001566
>Hernando County Jail
>16425 Spring Hill Drive
>Brooksville Fl 34604

>*/s/ Gus M. Centrone*
>Gus M. Centrone