Ref: 8:21-CR-00355-WFJ-CPT

For the record:

Pursuant to the Florida Judicial administration rule 2.420, A public records request (exhibit "D") was submitted to the Sarasota County Judicial Branch of records for copies of search warrant affidavits, search warrant(s), and search warrant returns in regards to Sarasota County case numbers: 2021 CF 001045 NC and 2021 CF 001108 NC.

Sarasota County Clerk of Court provided documentation on 12-19-2023 stating that "no records found" in regards to requested material. (exhibit "E")

It is not clear on how a federal indictment was obtained based on non-existent or fraudulent search warrant(s).

Respectfully Submitted,
Gregory Williamson

Gregory Williamson
16435 Spring Hill Dr
Brooksville, FL. 34604

ATTESTATION BY CORRECTIONAL OFFICER PERSUANT TO SECTION 117.10 FLORIDA STATUTES.
NAME (PRINT): J. Bocachica  ID# 2067
SIGNATURE: [signed] 2067
DATE: 12/23/2023