UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

   v.       CASE NO. 8:21-cr-355-WFJ-CPT

GREGORY WILLIAMSON
a/k/a "VLAD VLAD"

## **UNITED STATES' PROPOSED VOIR DIRE**

  The United States of America, by Roger B. Handberg, United States Attorney

for the Middle District of Florida, hereby requests the Court to ask the following

questions of the jury panel during jury selection.

       Respectfully submitted,

       ROGER B. HANDBERG
       United States Attorney

    By:  */s/ Erin Claire Favorit*
       Erin Claire Favorit
       Assistant United States Attorney
       Florida Bar No. 104887
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: erin.favorit@usdoj.gov

**U.S. v. Gregory Williamson**          **Case No. 8:21-cr-355-WFJ-CPT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Bjorn Brunvand, Esq.

By:    /s/ *Erin Claire Favorit*
       Erin Claire Favorit
       Assistant United States Attorney
       Florida Bar No. 104887
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:   (813) 274-6000
       Facsimile:    (813) 274-6358
       E-mail: erin.favorit@usdoj.gov

## <u>VOIR DIRE NO. 1</u>

Please state your full name.

What is your occupation?   If you are retired or not currently working,

please state what your last employment was.

Are you married?

Is your spouse employed?   If so, what type of work does he or she do?

Do you have any children? Any of working age?

If so, how many and what type of work do they do?

## **VOIR DIRE NO. 2**

Do any of you know me, the Honorable Judge William F. Jung, or my staff?

Do any of you know the prosecutors, Assistant United States Attorneys Erin Favorit, or Lindsey Schmidt, or the case agent, FBI TFO James Keller?

Do you know the Defendant, Greg Williamson (a/k/a "Vlad Vlad")?

Do any of you know defense counsel, Bjorn Brunvand?

Do any of you know any of the potential witnesses in this case? (Read names from Government's Witness List and Defendant's Witness List, if applicable.)

## **VOIR DIRE NO. 3**

Have you ever served on a jury before, either in state court or in federal court?

If so, when did you serve?   Where?

What type of case did you sit as a juror in?

Did the jury on which you served reach a verdict?

Was there anything about that experience you had as a juror which could, in any way, affect your ability to sit as a fair and impartial juror in this type of case and concerning these types of charges?

If you previously sat as a juror in a case, the law which you may have been told in that case may be different from the law that would relate to these criminal charges. Can you assure the Court and both counsel that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a juror?

## <u>VOIR DIRE NO. 4</u>

Do you have any member of your family, close friend, or acquaintance who is involved in law enforcement, including state or federal police officers, sheriff's deputies, law enforcement agents, FBI, North Port Police Department, or any state or other federal law enforcement agency?

If so, who do you know?   What does that person do?   What is the nature of your relationship to that person?

Could the fact that you have such a friend or relative in any way affect your ability to be a fair and impartial juror sitting in a criminal case and evaluating the testimony of law enforcement officers?

Does any member of the jury panel have any matter pending before the United States Attorney's Office in this district or any other district in which you are involved as a party, witness, or subject of some legal action?

If so, please explain what type of matter it is and what your involvement in it is.

## VOIR DIRE NO. 5

Have you, any member of your family, or close friend, ever been the victim of a crime?

If so, what happened?

When did this happen?

Was anyone charged or prosecuted as a result of that, to your knowledge?

If so, did you have to speak to police, appear in court, or give testimony in that regard?

Is there anything in that experience which could in any way possibly affect your ability to render a verdict in a criminal case which would be fair and impartial both to the defendant and to the United States?

## **VOIR DIRE NO. 6**

Has any member of the jury panel ever served as a grand juror, either in state or federal court?

If so, when and where?

Is there anything in that experience which could in any way possibly affect your ability to render a verdict in this type of criminal case which would be fair and impartial both to the defendant and to the United States?

The law with respect to the burden of proof in grand jury proceedings is different from the law that would relate to these charges.   Can you assure the Court and both counsel that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a grand juror?

## **VOIR DIRE NO. 7**

Has any member of the jury panel, or any family member, relative, or close personal friend or acquaintance of yours, ever been investigated by any federal, state, or local law enforcement agency?

If so, what was the subject of the investigation?   What was the outcome of the matter?

Have you or any family member, relative, or close friend ever been arrested, charged, or convicted of any crime?

If so, what was the crime?   What was the outcome of the case?

Would this experience in any way cause you to be unable to evaluate fairly and impartially the evidence and testimony of the witnesses who will testify on behalf of the United States?

## **VOIR DIRE NO. 8**

Has anyone ever been a witness in <u>any</u> type of court or judicial

proceeding?

If so, what type of proceeding did you give testimony in?   Were you

subject to cross-examination by attorneys for either side in that case or

proceeding?

If your answer to any of these questions was yes, do you feel that your

experience as a witness could in any way affect your ability to fairly and

impartially evaluate the testimony of the witnesses who will testify in this case?

## **VOIR DIRE NO. 9**

Does any member of the jury panel have any strong feelings or opinions

concerning the United States government or, more specifically, the United

States, Federal Bureau of Investigations (also known as FBI), the North Port

Police Department, the Hernando County Sheriff's Office, or the Sarasota

County Sheriff's Office, which might in any way affect your ability to be a fair

and impartial juror in a case such as this?

## **VOIR DIRE NO. 10**

The defendant is on trial for his actions as alleged in the indictment.   No other person is on trial in this case.

Can you decide this case based upon the evidence offered and not allow your verdict to be affected by any evidence about any other person mentioned during the course of the trial or by your opinions about any of those other persons' actions?

To put it another way, can you promise the Court and counsel that you will not permit opinions you might have from the testimony and evidence you will hear as to what other persons did or did not do to alter or affect your verdict as to the actions and conduct of the defendant himself?

## <u>VOIR DIRE NO. 11</u>

Do any among you have any conscientious objection, religious belief, or other mental reservation such that you could not, in good faith and in good conscience, sit as a juror in this criminal case and return a verdict of guilty if you believed from all the evidence that the United States has proved its case beyond a reasonable doubt?

To put it another way, is there anyone here who feels that for any moral or religious reasons that he or she cannot sit in judgment of another human being?

Do any among you feel that you would be unable to follow the Court's instruction that in reaching your verdict in this case, you must not be influenced in any way by either sympathy or prejudice for or against either the defendant or the United States?

## **VOIR DIRE NO. 12**

Is there anyone who has a physical or mental difficulty, or personal obligation, that would prevent him or her from concentrating on what is presented in court during 8-hour days over what could be a week-long trial?

## <u>VOIR DIRE NO. 13</u>

The United States has the burden to prove that the defendant committed the crimes alleged in the indictment beyond a reasonable doubt.

Is there anyone who would require the United States to prove more than beyond a reasonable doubt? For example, beyond all possible doubts?

## **VOIR DIRE NO. 14**

There are many different types of evidence. For example: witness testimony, documents, fingerprints, photographs, etc. The United States is not required to use any specific type of evidence in its case.

Is there anyone here that would require the United States to have a certain type of evidence? Is there anyone that would require the United States to present more than witness testimony alone?

## VOIR DIRE NO. 15

I anticipate that testimony and evidence in this case will concern frank and graphic discussion about child pornography and sexual activity. You might find some or all of it offensive, but there are many situations in which a person serving as a juror must see or hear about things they find offensive. Some people, however, might have personal experiences that might make the viewing of images of the alleged child pornography something more than offensive.

Would being exposed to such material make you too uncomfortable to allow you to sit as a juror in this case?

Do any members of the panel have any personal beliefs that the government should not prohibit the possession of child pornography?

Do any of you have the mistaken belief that the First Amendment permits people to possess child pornography?

Do any of you believe that, in order for a picture or video to be child pornography, it must depict a very young child?

## **VOIR DIRE NO. 16**

A witness who is under the age of 18 is to be treated the same as any other witness in the case. Is there anyone here who cannot believe a witness, simply because they are under the age of 18?

Is there anyone who believes an adult is automatically a more credible witness than a child?

How do you feel about a minor testifying? Do you think minors are capable of telling the truth about important matters?

Is there anyone who feels that children lie about sexual abuse?

Is there anyone who feels that children who do not immediately disclose the sexual abuse to someone cannot be believed?

## VOIR DIRE NO. 17

A child cannot consent to sexual exploitation with an adult.

Would any of you have difficulty following an instruction from the Court that consent is not a defense to sexual enticement of a minor or production of child pornography?

Do any of you have difficulty believing that a child victim of sexual exploitation could be persuaded, enticed or coerced into engaging in sexually explicit conduct without the use of force or threats?

Do any of you have difficulty believing that a child victim of exploitation might be too embarrassed or afraid to openly discuss or report the crime?

Do any of you have difficulty believing that a child victim of exploitation could be manipulated by the offender through direct or indirect intimidation?

## **VOIR DIRE NO. 18**

Has any member of the jury panel, close friend or relative ever been a victim of a sexually based crime, whether reported to law enforcement or not?

Has any member of the jury panel, close friend or relative ever been accused of a sexually based crime, whether reported or not?

If your answer to any of these questions was yes, do you feel that your experience could in any way affect your ability to fairly and impartially evaluate this case?

## <u>VOIR DIRE NO. 19</u>

How many of the jury panel members do NOT have a computer at home?

How many of you do NOT use a computer at work?

Of those of you who use a computer at HOME, how many of you do NOT have access to the internet?

Of those of you who use a computer at WORK, how many of you do NOT have access to the internet?

How many of you are NOT familiar with terms such as "surfing the net," "browsing," "online marketplace?"

How many of you have NOT conducted a search for information or a product on the internet?

Do any of you consider yourselves to be computer experts? If you answered yes, in what ways do you consider yourself an expert? Do you write or have you written code for computers, engaged in computer programming, or built or repaired any type of computer hardware?

Do any of you have a background in computer science, systems administration, or forensic computer examination?

## **VOIR DIRE NO. 20**

Does any of you who did not raise your hand in response to a previous question, realize now that perhaps you should have?

Is there anyone who has a reason they have not stated for which they believe they cannot be fair and impartial, or cannot otherwise sit on this jury, whether or not that reason is responsive to a questions already asked?

Is there anything we have not asked about you that you think we should know?