

## Facility Dog Team ID Card

This facility dog team is trained to work in a pre-arranged facility or accompany clients in public settings. This dog is trained to be handled by the licensed handler and serves multiple clients in a facility setting.

**DAYLE URQUHART**
HANDLER

**LORNE**
CANINE NAME

**GLD**
BREED

**956000010049296**
MICROCHIP NUMBER

**70854**
TATTOO NUMBER

**JENNIFER HANES**
CASE MANAGER

**SER**
REGION

**12-31-2025**
EXP. DATE (Void if expired)