# Certificate of Graduation

*In recognition of fulfilling all requirements of Canine Companions for Independence Team Training*

## Dayle Beckles

*is hereby presented on this fourteenth day of February, 2020 Canine Companions for Independence Facility Dog*

## Lorne



*Adele Moses*
Training Manager



*Cathy Gobden*
Executive Director