Can we please obtain a copy of the US Government's closing arguement PowerPoint Presentation?

If we can't obtain the PowerPoint, can we get the ~~ex~~ specific exhibits that relate to each Count?

███████████



United States District Court for the Middle District of Florida
United States Courthouse
801 North Florida Avenue, Suite 1558
Tampa, Florida 33602

William F. Jung
United States District Judge

813-301-5220
Fax 813-301-5359

3/13/24
11:48 Am

Dear Judge,

1. The Power Point is not in evidence.

2. I am unable to provide you an exhibit list or specification by court as you requested.



We have a verdict on all counts.

[redacted]