IN THE UNITED STATES
MIDDLE DISTRICT COURT OF FLORIDA
Sam M. Gibbons United States Courthouse. 801 North Florida Avenue, 2nd Floor. Tampa, FL 33602.

Case Number: 8:21-cr-00355

Gregory Williamson
Petitioner,

Vs.

United States
Respondent.

APR 11 2024 AM 10:38
FILED - USDC - FLMD - TPA

**MOTION TO/FOR:** Compel Production of Grand Jury Transcript(s)/proceedings.

Gregory Williamson, *[Defendant]* respectfully moves this Honorable Court to grant this Motion to/for produce documents, and as grounds therefore would show:

Defendant has been attempting to obtain the Grand Jury transcript(s)/proceedings since the conclusion of trial on March 14, 2024.

Respectfully submitted,

Gregory Williamson
*[Defendant]*

Certificate of Service

I HEREBY CERTIFY that a copy hereof has been furnished by mail to the persons listed below:

Dated: April 4, 2024   *[date of motion]*.

1. Clerk of Court Address 801 North Florida Avenue Tampa FL 33602.
2. Inmate keeps a copy.

Page 1 of 1