IN THE UNITED STATES
MIDDLE DISTRICT COURT OF FLORIDA
Sam M. Gibbons United States Courthouse. 801 North Florida Avenue, 2nd Floor. Tampa, FL 33602.

Case Number: 8:21 cr 355

United States
Petitioner,

Vs.

Gregory Williamson
Respondent.

FILED - USDC - FLMD - TPA
APR 18 2024 AM 11:02

**MOTION TO/FOR:** Dismiss Counsel/ Feretta Inquiry

Gregory Williamson, *[Defendant]* respectfully moves this Honorable Court to grant this Motion to/for Dismiss/ Feretta, and as grounds therefore would show:

Defendant, Gregory Williamson requests the court to dismiss CJA counsel Bjorn Brunvand from further representation and grant Mr Williamson's request to self representation afforded to him under the Sixth Amendment.

Respectfully submitted,

Gregory Williamson
*[Defendant]*

Certificate of Service

I HEREBY CERTIFY that a copy hereof has been furnished by mail to the persons listed below:
Dated: April 11, 2024 *[date of motion].*

1. Clerk of Court Address 801 North Florida Avenue Tampa FL 33602.
2. Inmate keeps a copy.

Page 1 of 1