United States District Court
Middle District of Florida
Tampa Division

United States of America

v                                    Case no. 8:21-cr-355-WFJ-CPT

Gregory Allen Williamson

JUN 20 2024 PM 12:21
FILED - USDC - FLMD - TPA

DEFENDANTS RESPONSE TO GOVERNMENTS
OPPOSITION CHALLENGING JURISDICTION

 Despite the Governments contention that the state issued search warrants or the lack of that were allegedly issued by a Sarasota County FL Judge has no bearing on whether or not the Grand Jury was able to hand down an indictment against the defendant is not even plausible.

 The Government asserts that the missing and/or fraudulent search warrant(s) does not affect jurisdiction, but it is only reasonable to conclude that without the search warrants and the evidence produced from

the warrants then the Government can not prove that a crime has been committed. Simply put, No crime, No Jurisdiction

## Subject Matter Jurisdiction

The Government goes on and asserts in their opposition that replacing the "or" word with "And" in a statute while drafting the indictment against Mr Williamson is of no or very little importance.

However, Williamson contends that by adding or omitting elements to a statute as the Government has done in the defendants indictment by replacing "or" with "and" that it changes the parameters and dynamics of a statute that congress did not intend, approve or authorize essentially making the statute as worded in the indictment invalid, which in turn strips the court of subject matter Jurisdiction.

It is well settled that the District

courts have subject matter Jurisdiction where the indictment charges a violation of a valid federal criminal statute.

Because the defendant's indictment has elements admitted and omitted to the statutes listed in his indictment, he was not charged with a valid federal crime.

Wherefore, the defendant respectfully requests the court to grant the motion challenging Jurisdiction and grant relief as the court deems necessary and proper.

Respectfully submitted,
Greg Williamson

Gregory Williamson
16425 Spring Hill Dr.
Brooksville, FL. 34604

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished by U.S. Mail to the persons listed below.

Dated: June 16, 2024

Clerk of Court  801 N Florida Ave Tampa FL 33602

AUSA Erin Claire Favorit 400 North Tampa St. Suite 3200 Tampa FL 33602